DAVID H. KRAMER, State Bar No. 168452
MICHAEL H. RUBIN, State Bar No. 214636
BART E. VOLKMER, State Bar No. 223732
CAROLINE E. WILSON, State Bar No. 241031
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: mrubin@wsgr.com
Email: bvolkmer@wsgr.com
Email: cwilson@wsgr.com

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. STREET VIEW ELECTRONIC COUMMUNICATIONS LITIGATION | CASE NO.: 5:10-MD-02184-JW-HRL<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney David H. Kramer of Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, CA 94304, admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendant Google Inc.

Dated: September 9, 2010

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
      David H. Kramer

*Attorneys for Defendant Google Inc.*

NOTICE OF APPEARANCE
CASE NO. 5:10-MD-02184-JW-HRL

4099517_1.DOC