A CERTIFIED TRUE COPY
ATTEST

By Dashon Dayne on Sep 21- 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Filed**

SEP 21 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Sep 14- 3121

FILED
CLERK'S OFFICE

IN RE: GOOGLE INC. STREET VIEW ELECTRONIC
COMMUNICATIONS LITIGATION
    Paul Mulholland v. Google, Inc.,
        E.D. Pennsylvania, C.A. No. 2:10-2787

MDL No. 2184

## CONDITIONAL TRANSFER ORDER (CTO-1)

**JW**

**CV 10- 4269 HRL**

On August 17, 2010, the Panel transferred six civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable James Ware.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Ware.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of August 17, 2010, and, with the consent of that court, assigned to the Honorable James Ware.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 21- 3121

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GOOGLE INC. STREET VIEW ELECTRONIC
COMMUNICATIONS LITIGATION

| | | |
|---|---|---|
| Paul Mulholland v. Google, Inc., <br> E.D. Pennsylvania, C.A. No. 2:10-2787 | ) <br> ) | MDL No. 2184 |

## CONDITIONAL TRANSFER ORDER (CTO-1)

On August 17, 2010, the Panel transferred six civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable James Ware.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Ware.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of August 17, 2010, and, with the consent of that court, assigned to the Honorable James Ware.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: GOOGLE INC. STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION

MDL No. 2184

## PANEL SERVICE LIST (CTO-1)

Robert H. Carp
CARP LAW OFFICES LLC
100 Needham Street
2nd Floor
Newton, MA 02464
**rcarp@carplawoffices.com**

Brooks F. Cooper
520 SW Sixth Avenue
Suite 914
Portland, OR 97204
**brooks@bcooper-law.com**

Robert A. Curtis
FOLEY BEZEK BEHLE & CURTIS LLP
15 West Carrillo Street
Santa Barbara, CA 93101
**rcurtis@foleybezek.com**

Jay Edelson
EDELSON MCGUIRE LLC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
**jedelson@edelson.com**

Susan D. Fahringer
PERKINS COIE LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
**SFahringer@perkinscoie.com**

Philip Friedman
FRIEDMAN LAW OFFICES PLLC
2401 Pennsylvania Avenue, NW
Suite 410
Washington, DC 20037
**psf@consumerlawhelp.com**

John A. Macoretta
SPECTOR ROSEMAN KODROFF & WILLIS PC
1818 Market Street
Suite 2500
Philadelphia, PA 19103
**jmacoretta@srkw-law.com**

David A. Searles
DONOVAN SEARLES LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
**dsearles@donovansearles.com**

Laurence Z. Shiekman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
**shiekmanl@pepperlaw.com**

Daniel A. Small
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW
Suite 500W
Washington, DC 20005
**dsmall@cohenmilstein.com**

Stephen A. Swedlow
KOREIN TILLERY
205 North Michigan Avenue
Suite 1940
Chicago, IL 60601
**sswedlow@koreintillery.com**