IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google Inc. Street View Electronic Communications Litigation | NO. C 10-MD-02184 JW<br><br>**ORDER APPOINTING INTERIM CLASS, CO-LEAD AND LIAISON COUNSEL** |

Presently before the Court are the parties' various Motions to Appoint Interim Class Counsel.[1] Based on the parties' submissions, the Court finds that it can appoint counsel without further hearing.

Under Fed. R. Civ. P. 23(g)(3), a court "may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Although Rule 23(g)(3) does not provide any guidance for selecting interim class counsel, a court may consider the factors enumerated in Rule 23(g)(1). Under Rule 23(g)(1), a court considers "(i) the work counsel has done in identifying or investing potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action;

---

[1] (Plaintiffs' Notice and Motion to Appoint Jeffrey Kodroff and Daniel Small as Interim Class Counsel and Elizabeth Cabraser as Interim Class and Liaison Counsel, hereafter, "Kodroff App.," Docket Item No. 35; Korein Tillery's Notice of Motion and Points and Authorities for Appointment of Interim Class Counsel and Request for Oral Argument, hereafter, "Korein App.,"Docket Item No. 36; Advanced Technology Group's Notice of Motion to Appoint Jay Edelson and Scott A. Kamber Interim Class Counsel, hereafter, "Edelson App.," Docket Item No. 38.)

(iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class."[2]

**A.   The Applications**

The Court considers each application in turn.

**1.   Korein Tillery**

Korein Tillery moves to be appointed Lead Counsel on the grounds that it has served in a leadership role in the litigation prior to the September 13, 2010 hearing and has consulted with experts and conducted analysis into the main points at issue in the case. (Korein App. at 10.) Korein Tillery represents that it has extensive class action experience, and has won awards for its class action representation. (Id. at 11.) Notably, Korein Tillery won a $10 billion trial verdict for a class action suit against Phillip Morris. (Id.) Korein Tillery also has experience litigating technology related matters, including Barbara's Sales, Inc. v. Intel Corp. and Carr v. Gateway, Inc. (Id. at 25.)

**2.   Advanced Technology Group**

The Advanced Technology Group requests appointment of counsel from the KamberLaw and Edelson McGuire law firms on the grounds that these firms have performed work identifying and investigating the relevant claims in this case, including reviewing public reports and undertaking factual investigation with private technology experts. (Edelson App. at 1, 4, 10.) In particular, KamberLaw and Edelson McGuire have committed and will further commit their extensive experience with high technology litigation to vigorously protect the interests of the class and tailor the litigation strategy to fit technology issues. (Id. at 4-8.)

**3.   Kodroff, Small and Cabraser**

Kodroff, Small and Cabraser seek the appointment of: (1) Jeffrey Kodroff of Spector Roseman Kodroff & Willis, P.C. ("Spector Roseman") and Daniel Small of Cohen Milstein Sellers & Toll, PLLC ("Cohen Milstein") as Interim Class and Co-Lead Counsel; and (2) Elizabeth

---

[2] The Court may also consider "any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1)(B).

2

Cabraser of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser") as Interim Class and Liaison Counsel. (Kodroff App. at 3.) Kodroff, Small and Cabrasser have the support of eighteen other law firms with related cases in this action, representing thirteen of the sixteen Plaintiffs. (Id. at 3, 5.) The group represents that it has invested a significant amount of time and energy to date in the litigation, including:

(1) conducting an extensive pre-filing investigation of Google's misconduct, including multiple meetings with some of the leading nonprofit privacy organizations;
(2) filing comprehensive and detailed complaints;
(3) successfully advocating to the Judicial Panel on Multidistrict Litigation for centralization in this District; and
(4) consulting with multiple experts, including technical experts and former FCC officials to assist with the preparation of a Master Consolidated Complaint.

(Id. at 3-5.) Proposed counsel draw on their own extensive experience in managing national class actions, as well as plan to draw on the particular expertise of the eighteen firms in support of the proposed leadership structure. (Id. at 7.)

**B.     The Appointment**

Upon review and consideration, the Court finds that appointment of Kodroff and Small as interim Co-Lead Counsel and Cabraser as Interim Class and Liaison Counsel will best serve the interests of the putative class. Proposed counsel have made a significant investment into this litigation, have sufficient resources to vigorously protect the interests of the class in future litigation and have a long history of managing national class actions. More importantly, Kodroff, Small and Cabraser share the support of a majority of counsel and Plaintiffs in this action and would be best positioned to leverage the resources, energy and experience of the various firms involved.

Accordingly, the Court GRANTS Plaintiffs' Notice and Motion to Appoint Jeffrey Kodroff and Daniel Small as Interim Class and Co-Lead Counsel and Elizabeth Cabraser as Interim Class and Liaison Counsel and appoints interim class counsel as follows:

(1)     Jeffrey Kodroff of Spector Roseman Kodroff & Willis, P.C. ("Spector Roseman") and Daniel Small of Cohen Milstein Sellers & Toll, PLLC ("Cohen Milstein") as Interim Class and Co-Lead Counsel; and

3

1      (2)    Elizabeth Cabraser of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser")
2           as Interim Class and Liaison Counsel.

In light of this Order, newly appointed counsel shall meet and confer with Defendant and draft a Proposed Order for the Court's approval with respect to (1) newly filed related actions and how they should be incorporated into this MDL action; and (2) prohibiting any new actions.

Further, pursuant to the Court's September 14, 2010 Order, on or before **November 8, 2010**, Plaintiffs shall file a Master Consolidated Complaint that includes all claims against Defendant Google, both Federal and State. Upon the filing of the Master Consolidated Complaint, the parties shall meet and confer and file a Joint Stipulation with respect to how this case should proceed including, a schedule for Defendant's response to the Complaint and anticipated dispositive Motions. The Joint Stipulation shall be filed on or before **November 19, 2010.**

Dated: October 8, 2010

JAMES WARE
United States District Judge

4

5

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John A. Macoretta jmacoretta@srkw-law.com
David H. Kramer dkramer@wsgr.com
Bart Edward Volkmer bvolkmer@wsgr.com
Bobbie Jean Wilson BWilson@perkinscoie.com
Caroline Elizabeth Wilson cwilson@wsgr.com
Michael H. Rubin mrubin@wsgr.com
Susan D. Fahringer sfahringer@perkinscoie.com
Aaron Michael Zigler azigler@koreintillery.com
Robert A. Curtis rcurtis@foleybezek.com
Michael James Aschenbrener maschenbrener@edelson.com
Jay Edelson jedelson@edelson.com
Eric H. Gibbs ehg@girardgibbs.com
Reginald Von Terrell reggiet2@aol.com

**Dated:  October 8, 2010**          **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**