DAVID H. KRAMER, State Bar No. 168452
MICHAEL H. RUBIN, State Bar No. 214636
BART E. VOLKMER, State Bar No. 223732
CAROLINE E. WILSON, State Bar No. 241031
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: mrubin@wsgr.com

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.: 5:10-md-02184-JW-HRL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING NEWLY FILED RELATED CASES** |

Pursuant to the Court's October 8, 2010 Order Appointing Interim Class, Co-Lead and Liaison Counsel, the parties have met and conferred and hereby jointly submit the following Proposed Order for the Court's approval with respect to (1) newly filed related actions and how they should be incorporated into this MDL action; and (2) prohibiting any new actions.

1. By orders of the Judicial Panel on Multidistrict Litigation ("MDL Panel") and this Court, the actions set forth below have been transferred into the MDL for coordinated or consolidated pretrial proceedings under the case styled *In re Google Inc. Street View Electronic Communications Litigation* ("Master MDL").

Cases Transferred by MDL Panel's Aug. 17, 2010 Order

    a.    *Van Valin, et al v. Google Inc.*
            CAND 5:10-cv-03641 (filed May 17, 2010)

    b.    *Berlage, et al. v. Google Inc.*
            CAND 5:10-cv-2187 (filed May 20, 2010)

    c.    *Galaxy Internet Svcs, Inc. v. Google Inc.*
            CAND 5:10-cv-3640 (filed May 24, 2010)

    d.    *Stokes v. Google Inc.*
            CAND 5:10-cv-2306 (filed May 26, 2010)

    e.    *Colman v. Google Inc.*
            CAND 5:10-cv-03637 (filed May 26, 2010)

    f.    *Redstone, et al. v. Google Inc.*
            CAND 5:10-cv-03639 (filed May 28, 2010)

    g.    *Keyes, et al. v. Google Inc.*
            CAND 5:10-cv-03638 (filed May 28, 2010)

    h.    *Carter, et al. v. Google Inc.*
            CAND 5:10-cv-03642 (filed June 2, 2010)

Case Transferred by MDL Panel's Sep. 21, 2010 Order

    i.    *Mulholland v. Google Inc.*
            CAND 5:10-cv-04269 (filed June 10, 2010)

Case Assigned to the Honorable James Ware by this Court's Aug. 11, 2010 Related Case Order

    j.    *Sedita v. Google, Inc.*
            CAND 5:10-cv-0386 (filed July 27, 2010)

Cases Assigned to the Honorable James Ware by this Court's Sep. 3, 2010 Related Case Order

    k.    *Reyas v. Google Inc.*
            CAND 5:10-cv-3215 (filed July 22, 2010)

    l.    *Locsin, et al. v. Google Inc.*
            CAND 5:10-cv-3272 (filed July 26, 2010)

    m.    *Benitti v. Google Inc.*
            CAND 5:10-cv-3297 (filed July 27, 2010)

    n.    *Carney v. Google Inc.*
            CAND 5:10-cv-3715 (filed August 20, 2010)

<u>Cases Assigned to the Honorable James Ware by this Court's Sep. 20, 2010 Related Case Order</u>

o. *Joffe v. Google, Inc.*
CAND 5:10-cv-04007 (filed 9/9/2010)

p. *Marizga, et al. v. Google, Inc.*
CAND 5:10-cv-04084 (filed 9/10/2010)

<u>Cases Assigned to the Honorable James Ware by this Court's Oct. 15, 2010 Related Case Order</u>

q. *Davis v. Google, Inc.*
CAND 3:10-cv-04079 (filed 9/10/2010)

2. The parties are aware of the following additional action that should be but has not yet been consolidated into the Master MDL:

a. *Myhre v. Google,* Case No. WAW-10- 01444 (filed on September 9, 2010).  The parties to the *Myhre* action have each filed a notice of tag-along case with the MDL Panel and have jointly sought a stay of the action pending the MDL Panel's expected issuance of a Conditional Transfer Order.  Neither party will oppose that order.  The *Myhre* case will be consolidated with the Master MDL pursuant to the procedures of the MDL Panel.

3. Each of the actions set forth above in Paragraphs 1 and 2, and no other actions, shall be consolidated for all pretrial proceedings into the Master MDL.  If any other action is deemed related to the Master MDL, either by operation of the rules of the MDL Panel or the Civil Local Rules of the Northern District of California, that action shall be stayed upon transfer to this Court.  Any stay issued pursuant to this Paragraph shall remain in effect during the pendency of the Master MDL, absent a specific further order from this Court.

//

//

//

//

//

1    STIPULATED AND AGREED:

2  Dated: November 3, 2010                Attorneys for Defendant Google Inc.

3

4                                         By:   /s/ Michael H. Rubin
                                                Michael H. Rubin
5                                               Wilson Sonsini Goodrich & Rosati
                                                650 Page Mill Road
6                                               Palo Alto, CA 94304-1050
                                                Telephone:  (650) 493-9300
7                                               Facsimile:   (650) 565-5100
                                                Email:  mrubin@wsgr.com
8

9  Dated: November 3, 2010                Interim Class & Co-Lead Counsel

10

11                                        By:   /s/ Jeffrey L. Kodroff
                                                Jeffrey L. Kodroff
12                                              Spector Roseman Kodroff & Willis
                                                1818 Market Street
13                                              Suite 2500
                                                Philadelphia, PA 19103
14                                              Telephone:  (215) 496-0300
                                                Facsimile:   (215) 496-6611
15                                              Email:       jkodroff@srkwlaw.com

16                                              Daniel A. Small
                                                Cohen Milstein Sellers & Toll
17                                              1100 New York Avenue NW
                                                Suite 500 West
18                                              Washington, DC 20005
                                                Telephone:  (202) 408-4600
19                                              Facsimile:   (202) 408-4699
                                                dsmall@cohenmilstein.com
20

21 **PURSUANT TO STIPULATION, IT SO ORDERED:**

22 _____

23 Honorable James Ware
    United States District Judge
24

25
    Dated: November ____, 2010
26

27

28

STIPULATION AND [PROPOSED] ORDER                -4-
CASE NO. 5:10-MD-02184-JW-HRL

## CERTIFICATION

I, Michael H. Rubin, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Regarding Newly Filed Related Actions. In compliance with General Order 45.X.B, I hereby attest that Jeffrey L. Kodroff has concurred in this filing.

DATED: November 4, 2010            By:   /s/ Michael H. Rubin
                                              Michael H. Rubin

                                   Attorneys for Defendant Google Inc.