DAVID H. KRAMER, State Bar No. 168452
MICHAEL H. RUBIN, State Bar No. 214636
BART E. VOLKMER, State Bar No. 223732
CAROLINE E. WILSON, State Bar No. 241031
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: mrubin@wsgr.com

Attorneys for Defendant Google Inc.

*IT IS SO ORDERED AS MODIFIED*
Judge James Ware
11/4/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.: 5:10-md-02184-JW-HRL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING NEWLY FILED RELATED CASES** |

Pursuant to the Court's October 8, 2010 Order Appointing Interim Class, Co-Lead and Liaison Counsel, the parties have met and conferred and hereby jointly submit the following Proposed Order for the Court's approval with respect to (1) newly filed related actions and how they should be incorporated into this MDL action; and (2) prohibiting any new actions.

   1. By orders of the Judicial Panel on Multidistrict Litigation ("MDL Panel") and this Court, the actions set forth below have been transferred into the MDL for coordinated or consolidated pretrial proceedings under the case styled *In re Google Inc. Street View Electronic Communications Litigation* ("Master MDL").

Cases Transferred by MDL Panel's Aug. 17, 2010 Order

    a.    *Van Valin, et al v. Google Inc*.
           CAND 5:10-cv-03641 (filed May 17, 2010)

    b.    *Berlage, et al. v. Google Inc.*
           CAND 5:10-cv-2187 (filed May 20, 2010)

    c.    *Galaxy Internet Svcs, Inc. v. Google Inc*.
           CAND 5:10-cv-3640 (filed May 24, 2010)

    d.    *Stokes v. Google Inc*.
           CAND 5:10-cv-2306 (filed May 26, 2010)

    e.    *Colman v. Google Inc.*
           CAND 5:10-cv-03637 (filed May 26, 2010)

    f.    *Redstone, et al. v. Google Inc*.
           CAND 5:10-cv-03639 (filed May 28, 2010)

    g.    *Keyes, et al. v. Google Inc.*
           CAND 5:10-cv-03638 (filed May 28, 2010)

    h.    *Carter, et al. v. Google Inc.*
           CAND 5:10-cv-03642 (filed June 2, 2010)

Case Transferred by MDL Panel's Sep. 21, 2010 Order

    i.    *Mulholland v. Google Inc.*
           CAND 5:10-cv-04269 (filed June 10, 2010)

Case Assigned to the Honorable James Ware by this Court's Aug. 11, 2010 Related Case Order

    j.    *Sedita v. Google, Inc.*
           CAND 5:10-cv-0386 (filed July 27, 2010)

Cases Assigned to the Honorable James Ware by this Court's Sep. 3, 2010 Related Case Order

    k.    *Reyas v. Google Inc.*
           CAND 5:10-cv-3215 (filed July 22, 2010)

    l.    *Locsin, et al. v. Google Inc.*
           CAND 5:10-cv-3272 (filed July 26, 2010)

    m.    *Benitti v. Google Inc.*
           CAND 5:10-cv-3297 (filed July 27, 2010)

    n.    *Carney v. Google Inc.*
           CAND 5:10-cv-3715 (filed August 20, 2010)

<u>Cases Assigned to the Honorable James Ware by this Court's Sep. 20, 2010 Related Case Order</u>

o. *Joffe v. Google, Inc.*
CAND 5:10-cv-04007 (filed 9/9/2010)

p. *Marizga, et al. v. Google, Inc.*
CAND 5:10-cv-04084 (filed 9/10/2010)

<u>Cases Assigned to the Honorable James Ware by this Court's Oct. 15, 2010 Related Case Order</u>

q. *Davis v. Google, Inc.*
CAND 3:10-cv-04079 (filed 9/10/2010)

2. The parties are aware of the following additional action that should be but has not yet been consolidated into the Master MDL:

a. *Myhre v. Google,* Case No. WAW-10- 01444 (filed on September 9, 2010). The parties to the *Myhre* action have each filed a notice of tag-along case with the MDL Panel and have jointly sought a stay of the action pending the MDL Panel's expected issuance of a Conditional Transfer Order. Neither party will oppose that order. The *Myhre* case will be consolidated with the Master MDL pursuant to the procedures of the MDL Panel.

3. Each of the actions set forth above in Paragraphs 1 and 2, and no other actions, shall be consolidated for all pretrial proceedings into the Master MDL. If any other action is deemed related to the Master MDL, either by operation of the rules of the MDL Panel or the Civil Local Rules of the Northern District of California, that action shall be deemed consolidated and stayed. Any stay issued pursuant to this Paragraph shall remain in effect during the pendency of the Master MDL, absent a specific further order from this Court.

//
//
//
//
//

STIPULATED AND AGREED:

Dated: November 3, 2010                Attorneys for Defendant Google Inc.

By:   /s/ Michael H. Rubin
      Michael H. Rubin
      Wilson Sonsini Goodrich & Rosati
      650 Page Mill Road
      Palo Alto, CA 94304-1050
      Telephone:  (650) 493-9300
      Facsimile:   (650) 565-5100
      Email:  mrubin@wsgr.com

Dated: November 3, 2010                Interim Class & Co-Lead Counsel

By:   /s/ Jeffrey L. Kodroff
      Jeffrey L. Kodroff
      Spector Roseman Kodroff & Willis
      1818 Market Street
      Suite 2500
      Philadelphia, PA 19103
      Telephone:  (215) 496-0300
      Facsimile:   (215) 496-6611
      Email:       jkodroff@srkwlaw.com

      Daniel A. Small
      Cohen Milstein Sellers & Toll
      1100 New York Avenue NW
      Suite 500 West
      Washington, DC 20005
      Telephone:  (202) 408-4600
      Facsimile:   (202) 408-4699
      dsmall@cohenmilstein.com

**PURSUANT TO STIPULATION, IT SO ORDERED** AS MODIFIED

_/s/ James Ware_
Honorable James Ware
United States District Judge

Dated: November __4__, 2010

## CERTIFICATION

I, Michael H. Rubin, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Regarding Newly Filed Related Actions. In compliance with General Order 45.X.B, I hereby attest that Jeffrey L. Kodroff has concurred in this filing.

DATED: November 4, 2010                By:   /s/ Michael H. Rubin
                                                   Michael H. Rubin

                                       Attorneys for Defendant Google Inc.