UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
2010 DEC 14 A 11: 07

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

IN RE: GOOGLE INC. STREET VIEW
ELECTRONIC COMMUNICATIONS
LITIGATION

MDL No. 2184

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-2)

On August 17, 2010, the Panel transferred 6 civil action(s) to the United States District Court for the Northern Distirct of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See F.Supp.2d (J.P.M.L. 2010). Since that time, 1 additional action(s) have been transferred to the Northern Distirct of California. With the consent of that court, all such actions have been assigned to the Honorable James Ware.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern Distirct of California and assigned to Judge Ware.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern Distirct of California for the reasons stated in the order of August 17, 2010, and, with the consent of that court, assigned to the Honorable James Ware.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern Distirct of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 07, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office. ATTEST ISSUED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
Deputy Clerk
Date: 12/14/10

IN RE: GOOGLE INC. STREET VIEW
ELECTRONIC COMMUNICATIONS
LITIGATION

MDL No. 2184

## SCHEDULE CTO-2 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

WASHINGTON WESTERN

| WAW | 2 | 10-01444 | Myhre v Google Inc. |