1    DAVID H. KRAMER, State Bar No. 168452
     MICHAEL H. RUBIN, State Bar No. 214636
2    BART E. VOLKMER, State Bar No. 223732
     CAROLINE E. WILSON, State Bar No. 241031
3    WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
4    650 Page Mill Road
     Palo Alto, CA 94304-1050
5    Telephone: (650) 493-9300
     Facsimile: (650) 565-5100
6    Email: mrubin@wsgr.com

7    Attorneys for Defendant Google Inc.

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12
     IN RE GOOGLE INC. STREET VIEW          )    CASE NO.:  5:10-md-02184 JW (HRL)
13   ELECTRONIC COMMUNICATIONS              )
     LITIGATION                             )    STIPULATION AND [PROPOSED]
14                                          )    ORDER CHANGING DATE FOR
                                            )    GOOGLE'S REPLY IN SUPPORT
15                                          )    OF ITS MOTION TO DISMISS
                                            )
16                                          )
                                            )
17                                          )
                                            )
18                                          )
     _____)
19

20          Pursuant to the Court's November 22, 2010 Order Adopting Stipulation In Part; Staying

21   Discovery Pending Ruling On Anticipated Dispositive Motion, the deadline for Defendant

22   Google Inc. ("Google") to file its Reply in support of its Motion to Dismiss is February 21, 2011.

23   Because that date is a legal holiday honored by this Court, the parties hereby jointly submit the

24   this Stipulation and Proposed Order for the Court's approval to advance Google's Reply deadline

25   by one day to February 22, 2011.  The requested modification of time will not impact the

26   schedule of the case or affect any other date already fixed by Order of this Court.

27

28


STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:10-MD-02184 JW (HRL)

1    By order of this Court, on or before **February 22, 2011**, Google shall file its Reply in

2  support of its Motion to Dismiss.

3

4                    STIPULATED AND AGREED:

5  Dated:  February 10, 2011                    Attorneys for Defendant Google Inc.

6
                                               By:   /s/ Michael H. Rubin
7                                                    Michael H. Rubin
                                                    Wilson Sonsini Goodrich & Rosati
8                                                    650 Page Mill Road
                                                    Palo Alto, CA 94304-1050
9                                                    Telephone:  (650) 493-9300
                                                    Facsimile:  (650) 565-5100
10                                                   Email:  mrubin@wsgr.com

11  Dated:  February 10, 2011                   Interim Class & Co-Lead Counsel

12
                                               By:   /s/ Daniel A. Small
13                                                   Jeffrey L. Kodroff
                                                    Spector Roseman Kodroff & Willis
14                                                   1818 Market Street
                                                    Suite 2500
15                                                   Philadelphia, PA 19103
                                                    Telephone:  (215) 496-0300
16                                                   Facsimile:  (215) 496-6611
                                                    Email:       jkodroff@srkwlaw.com
17
                                                    Daniel A. Small
18                                                   Cohen Milstein Sellers & Toll
                                                    1100 New York Avenue NW
19                                                   Suite 500 West
                                                    Washington, DC 20005
20                                                   Telephone:  (202) 408-4600
                                                    Facsimile:  (202) 408-4699
21                                                   dsmall@cohenmilstein.com

22

23

24  **PURSUANT TO STIPULATION, IT SO ORDERED:**

25  _James Ware_____

26  Honorable James Ware
    United States District Chief Judge

27

28  Dated:  February _11_, 2011

STIPULATION AND [PROPOSED] ORDER                    -2-
CASE NO. 5:10-MD-02184 JW (HRL)

1

**CERTIFICATION**

2          I, Michael H. Rubin, am the ECF User whose identification and password are being used

3 to file the Stipulation and [Proposed] Order Changing Time.  In compliance with General Order

4 45.X.B, I hereby attest that Daniel A. Small has concurred in this filing.

5

6 DATED:  February 10, 2011                    WILSON SONSINI GOODRICH & ROSATI
                                                            Professional Corporation
7

8
                                                  By:    /s/ Michael H. Rubin
9                                                          Michael H. Rubin

10                                                 Attorneys for Defendant Google Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28