IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google Inc. Street View Electronic Communications Litigation | NO. C 10-MD-02184 JW |
| | **ORDER REQUESTING SUPPLEMENTAL BRIEFING** |
| _____/ | |

On March 21, 2011, the Court held a hearing on Defendant's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint. (See Docket Item No. 60.) Counsel for both parties were present. On the record at the hearing, the Court notified the parties and their counsel of its intent to enter an Order requesting Supplemental Briefing regarding particular matters at issue to Defendant's Motion that were not sufficiently addressed at the hearing or in the parties' papers. In light of the discussion at the hearing, the Court Orders as follows:

On or before **April 11, 2011**, the parties shall file and serve simultaneous Supplemental Briefs addressing:

(a)   what "radio communication" means within the purview of the Wiretap Act;

(b)   whether wireless home internet networks are "radio communications" within the purview of the Wiretap Act's usage of that term; and

(c)   whether cellular telephone calls constitute "radio communications" as intended by Congress when drafting the Wiretap Act and, if so, whether such technology properly

fits within any of the five enumerated exceptions to the definition of "readily accessible to the general public" as outlined in Section 2510(16).

Dated: March 21, 2011

_____
JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John A. Macoretta jmacoretta@srkw-law.com
David H. Kramer dkramer@wsgr.com
Bart Edward Volkmer bvolkmer@wsgr.com
Bobbie Jean Wilson BWilson@perkinscoie.com
Caroline Elizabeth Wilson cwilson@wsgr.com
Michael H. Rubin mrubin@wsgr.com
Susan D. Fahringer sfahringer@perkinscoie.com
Aaron Michael Zigler azigler@koreintillery.com
Robert A. Curtis rcurtis@foleybezek.com
Michael James Aschenbrener maschenbrener@edelson.com
Jay Edelson jedelson@edelson.com
Eric H. Gibbs ehg@girardgibbs.com
Reginald Von Terrell reggiet2@aol.com

**Dated: March 21, 2011**                                    **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
**For the Northern District of California**

3