DAVID H. KRAMER, State Bar No. 168452
MICHAEL H. RUBIN, State Bar No. 214636
CAROLINE E. WILSON, State Bar No. 241031
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: mrubin@wsgr.com

BRIAN M. WILLEN (Not Admitted)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

*Attorneys for Defendant Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.: 5:10-md-02184 JW (HRL) <br><br> **NOTICE OF DOCKETING OF APPEAL NO. 11-17483, NINTH CIRCUIT COURT OF APPEALS** |

1     On July 18, 2011, this Court certified for immediate appeal its June 29, 2011 Order granting in part and denying in part Google's motion to dismiss plaintiffs' Consolidated Class Action Complaint (the "June 29 Order," Docket No. 82). On July 27, 2011, pursuant to 28 U.S.C. § 1292(b) and Fed. R. App. P. 5, Defendant Google Inc. ("Google") filed a Petition for Permission to Appeal the June 29 Order with the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit").

    On October 17, 2011, the Ninth Circuit granted Google's Petition for Permission to Appeal, simultaneously docketed Google's appeal as *Benjamin Joffe, et al. v. Google Inc.*, Court of Appeals Docket No. 11-17483 (the "Appeal"). The Ninth Circuit concurrently ordered Google to pay the U.S. Court of Appeals docket fee to the Clerk of the District Court. Enclosed herewith is a certified check for four hundred and fifty five dollars ($455) payable to "Clerk, U.S. District Court" to tender payment of the U.S. Court of Appeals docket fee for the Appeal.

Respectfully submitted,

Dated: October 24, 2011

Attorneys for Defendant Google Inc.

By: *Michael H. Rubin /cew/*

David H. Kramer
Michael H. Rubin
Caroline E. Wilson
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: mrubin@wsgr.com

Brian M. Willen
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **LETTER TO THE CLERK OF THE COURT**

2. **NOTICE OF DOCKETING OF APPEAL NO. 11-17483, NINTH CIRCUIT COURT OF APPEALS**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

Mr. Jeffrey L. Kodroff
SPECTOR ROSEMAN KODROFF & WILLS
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Mr. Daniel A. Small
COHEN MILSTEIN SELLERS & TOLL
1100 New York Avenue, NW
Suite 500W
Washington, DC 20005

Ms. Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street
29th Floor
San Francisco, CA 94111-3339

☒ By forwarding the document(s) by electronic transmission on this date to the Internet email address listed below:

Jeffrey L. Kodroff        jkodroff@srkw-law.com
Daniel A. Small           dsmall@cohenmilstein.com
Elizabeth J. Cabraser     ecabraser@lchb.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct. Executed at Palo Alto, California on October 24, 2011.

*Deborah Grubbs*
Deborah Grubbs