**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 7, 2014**　　　　　　　　　　　　　Time:　21 minutes

**C-10-02184 CRB**

**IN RE: GOOGLE INC. STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION**

| Attorneys: | David Small, Jeffrey Kodroff | Michael Rubin |
|---|---|---|
| | Michael Sobol, Eric Findlay | Riana Pfefferkorn |

Deputy Clerk: **BARBARA ESPINOZA**　　　　　Reporter: **Not Reported**

**PROCEEDINGS:**　　　　　　　　　　　　　　　　**RULING:**

1. Case Management Conference

2.

3.

**ORDERED AFTER HEARING:**

Court lifts stay and allows limited discovery on the issue of standing.  Counsel to advise the court if it's necessary to schedule a further conference.

( ) ORDER TO BE PREPARED BY:　Plntf ____　Deft ____　Court ____
( ) Referred to Magistrate Judge for: ____

( ) CASE CONTINUED TO ____　　for ____

Discovery Cut-Off ____　　　　　　Expert Discovery Cut-Off ____
Plntf to Name Experts by ____　　　Deft to Name Experts by ____
P/T Conference Date ____　Trial Date ____　Set for ____ days
　　　　　　　　Type of Trial:　( )Jury　　( )Court

Notes: Defendants to seek Certiorari, currently due 3/27 and will not be seeking an extension.  Plaintiff to oppose Certiorari.