IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GOOGLE INC. STREET VIEW ELECTROIC COMUNICATIONS LITIGATION, _____/ | No. 10-md-02184 CRB<br><br>**ORDER OF REFERENCE** |

Discovery disputes in this case will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures. Judge, with any motions to be heard and considered at the convenience of his/her calendar.

Dated: March 17, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE