1  MICHAEL H. RUBIN, SBN 214636
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   One Market Plaza, Spear Tower
3  Suite 3300
   San Francisco, CA 94105
4  Telephone:  (415) 947-2000
   Facsimile:   (415) 947-2099
5  Email:    mrubin@wsgr.com

6  DAVID H. KRAMER, SBN 168452
   DYLAN J. LIDDIARD, SBN 203055
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  650 Page Mill Road
   Palo Alto, CA 94304-1050
9  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
10 Email:    dkramer@wsgr.com
             dliddiard@wsgr.com

12 *Attorneys for Defendant Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE GOOGLE INC. STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:  3:10-md-02184-CRB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
|---|---|---|

1     PLEASE TAKE NOTICE that Defendant Google Inc. ("GOOGLE") hereby requests the Court remove attorneys Bart E. Volkmer and Caroline Elizabeth Wilson as counsel of record in this matter.  GOOGLE respectfully requests that the Court remove Mr. Volkmer and Ms. Wilson from the service list.  All other listed counsel of record for GOOGLE will remain the same.

Dated: April 4, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    */s/ David H. Kramer*
      David H. Kramer
      Email:  dkramer@wsgr.com

*Attorney for Defendant Google Inc.*