UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.: 3:10-md-02184-CRB<br><br>ORDER APPOINTING SPECIAL MASTER |

1   Pursuant to the Court's September 19, 2014 Order Regarding Jurisdictional Discovery,
2   Douglas A. Brush, subject to his written consent, is appointed as the Special Master.
3   **IT IS SO ORDERED**.

5   Dated: October 21, 2014

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

