JEFFREY L. KODROFF
JOHN A. MACORETTA
MARY ANN GEPPERT
SPECTOR ROSEMAN KODROFF & WILLIS
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611
Email:  jkodroff@srkwlaw.com

DANIEL A. SMALL
DAVID A. YOUNG
COHEN MILSTEIN SELLERS & TOLL
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
Email:  dsmall@cohenmilstein.com

Interim Class & Co-Lead Counsel

MICHAEL H. RUBIN, SBN 214636
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
Email:  mrubin@wsgr.com

DAVID H. KRAMER, SBN 168452
DYLAN J. LIDDIARD, SBN 203055
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:  dkramer@wsgr.com
dliddiard@wsgr.com

Attorneys for Defendant
Google Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.:  3:10-md-02184-CRB<br><br>**JOINT STATUS REPORT**<br><br>Date:    March 6, 2015<br>Judge:  Hon. Charles R. Breyer |

1    Pursuant to the Court's request, Plaintiffs and Defendant Google Inc. ("Google")
2    (together "Parties") submit this Joint Status Report:
3    Pursuant to the Court's September 19, 2014 Order Regarding Jurisdictional Discovery
4    ("the Order") the parties selected and the Court appointed Douglas Brush of Kraft & Kennedy as
5    a Special Master for jurisdictional discovery (the "Special Master"). Pursuant to the timeframe
6    prescribed by paragraphs 2(c) and 3(a)-(c) of the Order, the Parties deposited the materials
7    identified in paragraphs 2(c) and 3(a)-(c) with the Special Master. Following the deposit of the
8    materials by the Parties, the Special Master proceeded to inventory the deposited materials and
9    has been preparing the Street View Data so that it can be searched. The Parties have met jointly
10   with the Special Master on a monthly basis to discuss progress and have made themselves
11   available to the Special Master to assist in resolving questions throughout this process. The
12   Parties and the Special Master anticipate proceeding to the steps set forth in paragraph 2(a) of the
13   Order later this month.
14   As the process of jurisdictional discovery continues, the Parties remain available to
15   update the Court on further progress at the Court's request.

17   DATED: March 6, 2015          SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
                                   Jeffrey L. Kodroff
18                                 John A. Macoretta
                                   Mary Ann Geppert

20                                 By: */s/ Jeffrey L. Kodroff*

21                                 *Plaintiffs' Co-Lead Counsel*

23   DATED: March 6, 2015          COHEN MILSTEIN SELLERS & TOLL PLLC
                                   Daniel A. Small
24                                 David A. Young

26                                 By: */s/ Daniel A. Small*

27                                 *Plaintiffs' Co-Lead Counsel*

-1-

JOINT STATUS REPORT
CASE NO. 3:10-MD-02184-CRB

DATED: March 6, 2015

WILSON SONSINI GOODRICH & ROSATI, P.C.
David H. Kramer
Michael H. Rubin
Dylan J. Liddiard

By: <u> /s/ Michael H. Rubin </u>
Michael H. Rubin

*Attorneys for Defendant*
*Google Inc.*

-2-

**CERTIFICATION**

I, Michael H. Rubin, am the ECF User whose identification and password are being used to file the Joint Status Report.  In compliance with L.R. 5-1(i)(3), I hereby attest that Daniel A. Small and Jeffrey L. Kodroff have concurred in this filing.


DATED:  March 6, 2015                    By:  /s/ Michael H. Rubin
                                                           Michael H. Rubin

                                                *Attorneys for Defendant*
                                                *Google Inc.*