| | |
|---|---|
| JEFFREY L. KODROFF<br>JOHN A. MACORETTA<br>MARY ANN GEPPERT<br>SPECTOR ROSEMAN KODROFF & WILLIS<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: jkodroff@srkwlaw.com<br><br>DANIEL A. SMALL<br>DAVID A. YOUNG<br>COHEN MILSTEIN SELLERS & TOLL<br>1100 New York Avenue NW<br>Suite 500 West<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>Email: dsmall@cohenmilstein.com<br><br>Interim Class & Co-Lead Counsel | MICHAEL H. RUBIN, SBN 214636<br>STEPHEN N. GIKOW, SBN 302484<br>PETER C. HOLM, SBN 299233<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza, Spear Tower<br>Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: mrubin@wsgr.com<br>sgikow@wsgr.com<br>pholm@wsgr.com<br><br>DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br><br>Attorneys for Defendant<br>Google Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE INC. STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.: 3:10-md-02184-CRB<br><br>**JOINT STATUS REPORT**<br><br>Date: May 8, 2017<br>Judge: Hon. Charles R. Breyer |

Pursuant to the Court's request, Plaintiffs and Defendant Google Inc. (together, the "Parties") submit this Joint Status Report:

Pursuant to the Court's September 19, 2014 Order Regarding Jurisdictional Discovery (the "Order"), the parties have continued to work cooperatively with the Court-appointed Special Master for jurisdictional discovery, Douglas Brush (the "Special Master"). In coordination with the Parties, the Special Master has completed multiple rounds of searches of the Street View Data based on information and materials provided by the Plaintiffs pursuant to paragraphs 3(b)-(c) of the Order. The Parties and the Special Master have also worked together to develop iterative searches of the data.

The Parties expect to conclude the jurisdictional discovery process in the near term. Plaintiffs will not submit any additional information to be searched, and the Special Master is in the process of running a series of final searches on the data. Once the Parties agree that the search process is complete, the Special Master will provide the Special Master Report pursuant to Section 4 of the Order.  As provided in paragraph 5(a) of the Order, within twenty (20) days of receiving the Special Master Report the Parties will submit a Joint Case Status Report to the Court and request that the Court schedule a Case Management Conference.

As a further update to the Court, the Special Master is no longer affiliated with the Kraft & Kennedy firm, but he continues to serve in the role to which he was appointed, as outlined above. Kraft & Kennedy continues to host and store the data as it has throughout the jurisdictional discovery process, and its personnel continue to support the Special Master in carrying out the duties described in the Order.

As the process of jurisdictional discovery nears conclusion, the Parties remain available to update the Court on further progress at the Court's request.

-1-

| | | |
|---|---|---|
| 1 | DATED:  May 8, 2017 | SPECTOR ROSEMAN KODROFF & WILLIS, P.C.<br>Jeffrey L. Kodroff<br>John A. Macoretta<br>Mary Ann Geppert |

By: */s/ Jeffrey L. Kodroff*
        Jeffrey L. Kodroff

*Plaintiffs' Co-Lead Counsel*

DATED:  May 8, 2017    COHEN MILSTEIN SELLERS & TOLL PLLC
    Daniel A. Small
    David A. Young

By: */s/ Daniel A. Small*
        Daniel A. Small

*Plaintiffs' Co-Lead Counsel*

DATED:  May 8, 2017    WILSON SONSINI GOODRICH & ROSATI, P.C.
    David H. Kramer
    Michael H. Rubin
    Stephen N. Gikow
    Peter C. Holm

By: */s/ Michael H. Rubin*
        Michael H. Rubin

*Attorneys for Defendant*
*Google Inc.*

-2-

**CERTIFICATION**

I, Michael H. Rubin, am the ECF User whose identification and password are being used to file the Joint Status Report. In compliance with L.R. 5-1(i)(3), I hereby attest that Daniel A. Small and Jeffrey L. Kodroff have concurred in this filing.

DATED: May 8, 2017                              By: */s/ Michael. H. Rubin*
                                                              Michael H. Rubin

*Attorneys for Defendant*
*Google Inc.*

CERTIFICATION
CASE NO. 3:10-MD-02184-CRB