DAVID H. KRAMER, SBN 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:    dkramer@wsgr.com

PETER C. HOLM, SBN 299233
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile:  (415) 947-2099
Email: pholm@wsgr.com

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.:  3:10-md-02184-CRB<br><br>**NOTICE OF REMOVAL OF COUNSEL AND NOTICE OF APPEARANCE OF COUNSEL** |

Pursuant to Civil L.R. 5-1(c)(2)(C), Defendant Google Inc. ("Defendant") provides notice that Michael H. Rubin, who has appeared as counsel of record for Defendant in this matter, has ceased to be involved as counsel in this case. Mr. Rubin is no longer affiliated with the law firm of Wilson Sonsini Goodrich & Rosati, P.C. Defendant respectfully requests that the ECF Notifications for this action be updated accordingly to remove Mr. Rubin.

All other attorneys for Wilson Sonsini Goodrich & Rosati, P.C., as listed on the caption page, will continue to represent Defendant. Accordingly, the withdrawal of Mr. Rubin from this matter will impose no delay of the case or prejudice any party.

Peter C. Holm of Wilson Sonsini Goodrich & Rosati hereby appears as counsel of record for Defendant. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Peter C. Holm, State Bar No.: 299233
> Wilson Sonsini Goodrich & Rosati
> Professional Corporation
> One Market Plaza
> Spear Tower, Suite 3300
> San Francisco, CA 94105-1126
> Telephone: (415) 947-2000
> Facsimile: (415) 947-2099
> Email: pholm@wsgr.com

DATED: September 25, 2017

Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _/s/ Peter C. Holm_
      Peter C. Holm

*Attorney for Defendant Google Inc.*