JEFFREY L. KODROFF
JOHN A. MACORETTA
MARY ANN GEPPERT
SPECTOR ROSEMAN & KODROFF
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: jkodroff@srkattorneys.com

PETER C. HOLM, SBN 299233
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: mrubin@wsgr.com
sgikow@wsgr.com
pholm@wsgr.com

DANIEL A. SMALL
DAVID A. YOUNG
COHEN MILSTEIN SELLERS & TOLL
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsmall@cohenmilstein.com

DAVID H. KRAMER, SBN 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

Interim Class & Co-Lead Counsel

Attorneys for Defendant
Google Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.: 3:10-md-02184-CRB **JOINT STATUS REPORT** Date:    October 4, 2017 Judge:  Hon. Charles R. Breyer |

1    Pursuant to the Court's request, Plaintiffs and Defendant Google Inc. (together, the
2    "Parties") submit this Joint Status Report:

3    Pursuant to the Court's September 19, 2014 Order Regarding Jurisdictional Discovery
4    (the "Order"), the parties have continued to work cooperatively with the Court-appointed Special
5    Master for jurisdictional discovery, Douglas Brush (the "Special Master"). In the summer, the
6    Special Master completed the final series of searches on the data.  The Special Master then
7    prepared a draft Special Master Report.  In September, the Parties provided comments on the
8    draft report, which the Special Master is currently considering.  We expect that the Special
9    Master will soon provide a final Special Master Report pursuant to Section 4 of the Order.  The
10   Parties have conferred with the Special Master, and agreed to finalize the Special Master Report
11   and submit the Joint Status Report called for by paragraph 5(a) of the Order by no later than
12   October 27, 2017.

13   The Parties are prepared to appear at the status conference currently scheduled for Friday,
14   October 6.  However, given the near completion of the Special Master Report and the Joint Case
15   Status Report, the Parties respectfully propose postponing the status conference until November
16   10, 2017, two weeks following submission of the Joint Status Report called for by the Order.  At
17   that time, with the benefit of the completed Report, the Parties will be prepared to discuss the
18   content of the Report and their respective positions on next steps in the litigation.

19

20

21

22

23

24

25

26

27

28

-1-

DATED:  October 4, 2017

SPECTOR ROSEMAN & KODROFF, P.C.
Jeffrey L. Kodroff
John A. Macoretta
Mary Ann Geppert

By: _/s/ Jeffrey L. Kodroff_____

*Plaintiffs' Co-Lead Counsel*

DATED:  October 4, 2017

COHEN MILSTEIN SELLERS & TOLL PLLC
Daniel A. Small
David A. Young

By: _/s/ Daniel A. Small_____

*Plaintiffs' Co-Lead Counsel*

DATED:  October 4, 2017

WILSON SONSINI GOODRICH & ROSATI, P.C.
David H. Kramer
Peter C. Holm

By: _/s/ David H. Kramer_____
        David H. Kramer

*Attorneys for Defendant Google Inc.*

1

**<u>CERTIFICATION</u>**

2

       I, Daniel A. Small, am the ECF User whose identification and password are being used to

3

file the Joint Status Report.  In compliance with L.R. 5-1(i)(3), I hereby attest that Jeffrey L.

4

Kodroff and David H. Kramer have concurred in this filing.

5

6

DATED:  October 4, 2017                        By:   */s/ Daniel A. Small*

7

                                                            Daniel A. Small

8

                                                     *Attorney for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28