JEFFREY L. KODROFF
JOHN A. MACORETTA
MARY ANN GEPPERT
SPECTOR ROSEMAN & KODROFF
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: jkodroff@srkattorneys.com

DANIEL A. SMALL
DAVID A. YOUNG
COHEN MILSTEIN SELLERS & TOLL
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsmall@cohenmilstein.com

Interim Class & Co-Lead Counsel

PETER C. HOLM, SBN 299233
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: pholm@wsgr.com

DAVID H. KRAMER, SBN 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

Attorneys for Defendant
Google LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.: 3:10-md-02184-CRB<br><br>**JOINT STATUS REPORT**<br><br>Date: November 9, 2017<br>Judge: Hon. Charles R. Breyer |

1    Pursuant to the Court's request, Plaintiffs and Defendant Google LLC (together, the
2 "Parties") submit this Joint Status Report:
3    Pursuant to the Court's September 19, 2014 Order Regarding Jurisdictional Discovery
4 (the "Order"), the parties have continued to work cooperatively with the Court-appointed Special
5 Master for jurisdictional discovery, Douglas Brush (the "Special Master").  The Special Master
6 has nearly completed the Special Master Report called for by Section 4 of the Order, but he
7 needs some additional time to finalize certain items in the Report.  The Special Master expects
8 this remaining work to be concluded and to provide a final Special Master Report in the next
9 several weeks.  The Parties are of course prepared to appear at the status conference currently
10 scheduled for Friday, November 17.  However, in light of the foregoing, the Parties respectfully
11 propose postponing the status conference until after the Special Master Report is completed.  The
12 parties propose providing a Joint Status Report by December 8, 2017 to update the Court on
13 developments in the case and, if necessary, to propose a briefing schedule for post-discovery
14 dispositive motions.
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

-1-

| | | |
|---|---|---|
| 1 | DATED:  November 9, 2017 | SPECTOR ROSEMAN & KODROFF, P.C.<br>Jeffrey L. Kodroff<br>John A. Macoretta<br>Mary Ann Geppert |

By: /s/ Jeffrey L. Kodroff

*Plaintiffs' Co-Lead Counsel*

DATED:  November 9, 2017          COHEN MILSTEIN SELLERS & TOLL PLLC
Daniel A. Small
David A. Young

By: /s/ Daniel A. Small

*Plaintiffs' Co-Lead Counsel*

DATED:  November 9, 2017          WILSON SONSINI GOODRICH & ROSATI, P.C.
David H. Kramer
Peter C. Holm

By: /s/ David H. Kramer
         David H. Kramer

*Attorneys for Defendant Google LLC*

## CERTIFICATION

I, Daniel A. Small, am the ECF User whose identification and password are being used to file the Joint Status Report. In compliance with L.R. 5-1(i)(3), I hereby attest that Jeffrey L. Kodroff and David H. Kramer have concurred in this filing.

DATED: November 9, 2017          By: /s/ Daniel A. Small
                                     Daniel A. Small

                                 *Attorney for Plaintiffs*