JEFFREY L. KODROFF
JOHN A. MACORETTA
MARY ANN GEPPERT
SPECTOR ROSEMAN & KODROFF
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611
Email:  jkodroff@srkattorneys.com

DANIEL A. SMALL
DAVID A. YOUNG
COHEN MILSTEIN SELLERS & TOLL
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
Email:  dsmall@cohenmilstein.com

Interim Class & Co-Lead Counsel

PETER C. HOLM, SBN 299233
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
Email:  pholm@wsgr.com

DAVID H. KRAMER, SBN 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  dkramer@wsgr.com

BRIAN M. WILLEN, *admitted pro hac vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile:  (212) 999-5899
Email: bwillen@wsgr.com

Attorneys for Defendant
Google LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.: 3:10-md-02184-CRB<br><br>**JOINT ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL INFORMATION**<br><br>Judge:  Hon. Charles R. Breyer |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Google LLC ("Google") and Plaintiffs (collectively, "the Parties") submit this administrative motion to file under seal the Special Master Report called for by Section 4 of the Court's September 19, 2014 Order Regarding Jurisdictional Discovery, Dkt. 121-1 (the "Order").

Section 6(a) of the Order provides that "Neither the Parties nor the Special Master shall disclose any Confidential Material to any third party except pursuant to a Court order or by written agreement of the Parties." The Order defines "Confidential Material" as "information, documents, communications, and things relating to jurisdictional discovery in this action." The Special Master Report describes the searches performed by the Special Master and the results thereof. Declaration of Peter C. Holm in Support of Joint Administrative Motion to Seal Confidential Information ("Holm Decl."), ¶ 2. As a result, the Special Master Report qualifies as Confidential Material under the Order.

Additionally, the exhibits to the Special Master Report contain personal information submitted by the named Plaintiffs, disclosure of which could result in an invasion of the named Plaintiffs' privacy. Holm Decl. ¶ 3.

For these reasons, the Parties respectfully request that the Court grant their request to seal the Special Master Report.

DATED:  December 14, 2017         SPECTOR ROSEMAN & KODROFF, P.C.
                                  Jeffrey L. Kodroff
                                  John A. Macoretta
                                  Mary Ann Geppert

                                  By: /s/ Jeffrey L. Kodroff
                                  *Plaintiffs' Co-Lead Counsel*

DATED:  December 14, 2017         COHEN MILSTEIN SELLERS & TOLL PLLC
                                  Daniel A. Small
                                  David A. Young

                                  By: /s/ Daniel A. Small
                                  *Plaintiffs' Co-Lead Counsel*

JOINT ADMIN MTN. TO SEAL CONFIDENTIAL INFORMATION
CASE NO. 3:10-MD-02184-CRB

DATED:  December 14, 2017          WILSON SONSINI GOODRICH & ROSATI, P.C.
　　　　　　　　　　　　　　　　　　David H. Kramer
　　　　　　　　　　　　　　　　　　Brian M. Willen
　　　　　　　　　　　　　　　　　　Peter C. Holm

　　　　　　　　　　　　　　　　　　By: */s/ David H. Kramer*
　　　　　　　　　　　　　　　　　　　　　　David H. Kramer

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Google LLC*

-3-

JOINT ADMIN MTN. TO SEAL CONFIDENTIAL INFORMATION
CASE NO. 3:10-MD-02184-CRB

**CERTIFICATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file the Joint Status Report. In compliance with L.R. 5-1(i)(3), I hereby attest that Jeffrey L. Kodroff and Daniel A. Small have concurred in this filing.

DATED: December 14, 2017              By:   */s/ David H. Kramer*
                                                     David H. Kramer

                                             *Attorneys for Defendant Google LLC*