# EXHIBIT 1
## [PUBLIC VERSION]

## ENTIRE DOCUMENT SOUGHT TO BE SEALED