JEFFREY L. KODROFF
JOHN A. MACORETTA
MARY ANN GEPPERT
SPECTOR ROSEMAN & KODROFF
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611
Email:  jkodroff@srkattorneys.com

DANIEL A. SMALL
DAVID A. YOUNG
COHEN MILSTEIN SELLERS & TOLL
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
Email:  dsmall@cohenmilstein.com

Interim Class & Co-Lead Counsel

PETER C. HOLM, SBN 299233
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
Email:  pholm@wsgr.com

DAVID H. KRAMER, SBN 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  dkramer@wsgr.com

BRIAN M. WILLEN, *admitted pro hac vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Attorneys for Defendant
Google LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.:  3:10-md-02184-CRB<br><br>**JOINT STATUS REPORT**<br><br>Judge:  Hon. Charles R. Breyer |

Pursuant to the Court's request, Plaintiffs and Defendant Google LLC (together, the "Parties") submit this Joint Status Report:

Pursuant to the Court's September 19, 2014 Order Regarding Jurisdictional Discovery (the "Order"), the parties have continued to work cooperatively with the Court-appointed Special Master for jurisdictional discovery, Douglas Brush (the "Special Master").  The Special Master has completed the Special Master Report called for by Section 4 of the Order, which is filed concurrently with this Joint Status Report.  In light of the report, the Parties have had, and continue to engage in, discussions about the future of the case.

The Parties are of course prepared to appear at the status conference currently scheduled for Thursday, December 21, 2017.  However, in order to give the Court and the Parties more time to digest the contents of the Special Master Report, as well as continue the discussions between the Parties, the Parties respectfully propose postponing the status conference.  The parties propose providing a Joint Status Report by January 11, 2018 to update the Court on developments in the case and, if necessary, to propose a briefing schedule for post-discovery dispositive motions.

//
//
//
//
//
//
//
//
//
//
//
//
//

1  //

2

3  DATED:  December 14, 2017         SPECTOR ROSEMAN & KODROFF, P.C.
                                    Jeffrey L. Kodroff
                                    John A. Macoretta
4                                   Mary Ann Geppert

5
                                    By: */s/ Jeffrey L. Kodroff*
6
                                    *Plaintiffs' Co-Lead Counsel*
7

8

9  DATED:  December 14, 2017         COHEN MILSTEIN SELLERS & TOLL PLLC
                                    Daniel A. Small
                                    David A. Young
10

11                                  By: */s/ Daniel A. Small*

12                                  *Plaintiffs' Co-Lead Counsel*

13

14  DATED:  December 14, 2017         WILSON SONSINI GOODRICH & ROSATI, P.C.
                                    David H. Kramer
15                                  Brian M. Willen
                                    Peter C. Holm
16
                                    By: */s/ David H. Kramer*
17                                       David H. Kramer

18                                  *Attorneys for Defendant Google LLC*

19

20

21

22

23

24

25

26

27

28

-2-

JOINT STATUS REPORT
CASE NO. 3:10-MD-02184-CRB

**<u>CERTIFICATION</u>**

I, David H. Kramer, am the ECF User whose identification and password are being used to file the Joint Status Report. In compliance with L.R. 5-1(i)(3), I hereby attest that Jeffrey L. Kodroff and Daniel A. Small have concurred in this filing.

DATED: December 14, 2017                     By:    /s/ David H. Kramer
                                                                         David H. Kramer

                                                                     *Attorney for Plaintiffs*