**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.: 3:10-md-02184-CRB <br><br> [~~PROPOSED~~] **ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL INFORMATION** <br><br> Judge:  Hon. Charles R. Breyer |

1    Pursuant to Civil Local Rules 7-11 and 79-5, and after consideration of the Joint
2 Administrative Motion to Seal Confidential Information and the Court's September 19, 2014
3 Order Regarding Jurisdictional Discovery, Dkt. 121-1, the Court rules that, pursuant to its prior
4 order regarding the confidentiality of the jurisdictional discovery process, the Special Master
5 Report shall be filed under seal.

6    **IT IS SO ORDERED.**

7

8 Dated: January 23, 2018

9

10 _____
       HON. CHARLES R. BREYER
11     United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT ADMIN MTN TO SEAL CONFIDENTIAL INFORMATION
CASE NO. 3:10-MD-02184-CRB