| | |
|---|---|
| JEFFREY L. KODROFF<br>JOHN A. MACORETTA<br>MARY ANN GEPPERT<br>SPECTOR ROSEMAN & KODROFF<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: jkodroff@srkattorneys.com<br><br>DANIEL A. SMALL<br>DAVID A. YOUNG<br>COHEN MILSTEIN SELLERS & TOLL<br>1100 New York Avenue NW<br>Suite 500 West<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>Email: dsmall@cohenmilstein.com<br><br>*Interim Class & Co-Lead Counsel* | DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br><br>BRIAN M. WILLEN, *admitted pro hac vice*<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>Email: bwillen@wsgr.com<br><br>*Attorneys for Defendant*<br>*Google LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.: 3:10-md-02184-CRB<br><br>**JOINT STIPULATED REEQUEST TO CONTINUE STATUS CONFERENCE SCHEDULED FOR JUNE 8, 2018**<br><br>Judge:   Hon. Charles R. Breyer |

1  Pursuant to Civil Local Rules 7-12 and 6-2, Defendant Google LLC and the Plaintiffs
2  (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly
3  stipulate and request as follows:
4  WHEREAS, on February 23, 2018, the parties signed a term sheet memorializing their
5  intention to settle this case.
6  WHEREAS, since that time, the parties have been diligently working through the details
7  of a long-form settlement agreement to resolve this case.
8  WHEREAS, the parties are now nearing completion of that agreement.
9  WHEREAS, on June 1, 2018, the clerk issued a Notice (ECF No. 148) setting a Status
10 Conference in this matter on June 8, 2018 at 10:00 AM.
11 WHEREAS, undersigned counsel for Defendant, Google LLC is scheduled to appear in
12 court in Nashville, Tennessee for a different client in another matter on June 8.
13 WHEREAS, the parties have consulted and are available for a status conference on the
14 following dates: July 6, 2018; July 20, 2018, July 27, 2018.
15 WHEREAS, there are no other currently scheduled case deadlines or scheduling orders
16 that a continuance of the June 8, 2018 status conference would affect.
17 ACCORDINGLY, the parties hereby jointly stipulate and request the Court to
18 CONTINUE the June 8, 2018 status conference, to be rescheduled by further order of the Court.

19 DATED: June 6, 2018              SPECTOR ROSEMAN & KODROFF, P.C.
                                    Jeffrey L. Kodroff
20                                  John A. Macoretta
                                    Mary Ann Geppert
21
22                                  By: /s/ Jeffrey L. Kodroff

23                                  *Plaintiffs' Co-Lead Counsel*

24 DATED: June 6, 2018              COHEN MILSTEIN SELLERS & TOLL PLLC
                                    Daniel A. Small
25                                  David A. Young

26                                  By: /s/ Daniel A. Small

27                                  *Plaintiffs' Co-Lead Counsel*
28

-1-

| | | |
|---|---|---|
| 1 | DATED:  June 6, 2018 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>David H. Kramer<br>Brian M. Willen |
| 2 | | |
| 3 | | By: */s/ Brian M. Willen*<br>        Brian M. Willen |
| 4 | | *Attorneys for Defendant Google LLC* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

JOINT STIPULATION TO CONTINUE STATUS CONFERENCE
CASE NO. 3:10-MD-02184-CRB

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The June 8, 2018 Status Conference is continued, to be rescheduled by further order of the Court.

IT IS SO ORDERED.

DATED: June _____, 2018

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

## CERTIFICATION

I, Brian M. Willen, am the ECF User whose identification and password are being used to file the Joint Status Report. In compliance with L.R. 5-1(i)(3), I hereby attest that Jeffrey L. Kodroff and Daniel A. Small have concurred in this filing.

DATED: June 6, 2018                By:  */s/ Brian M. Willen*
                                        Brian M. Willen

                                   *Attorneys for Defendant Google LLC*

-2-

CERTIFICATION
CASE NO. 3:10-MD-02184-CRB