| | |
|---|---|
| JEFFREY L. KODROFF<br>JOHN A. MACORETTA<br>MARY ANN GEPPERT<br>SPECTOR ROSEMAN & KODROFF<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: jkodroff@srkattorneys.com<br><br>DANIEL A. SMALL<br>DAVID A. YOUNG<br>COHEN MILSTEIN SELLERS & TOLL<br>1100 New York Avenue NW<br>Suite 500 West<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>Email: dsmall@cohenmilstein.com<br><br>*Interim Class & Co-Lead Counsel* | DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br><br>BRIAN M. WILLEN, (admitted *pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>Email: bwillen@wsgr.com<br><br>*Attorneys for Defendant*<br>*Google LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.: 3:10-md-02184-CRB<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL**<br><br>Judge: Hon. Charles R. Breyer |

1    On June 8, 2018, this Court directed that Plaintiffs and Defendant Google LLC
2 (collectively, "the Parties"), file their settlement agreement in this matter, executed on June 11,
3 2018, under seal. (Dkt. No. 151).   To effectuate that Order, and comply with the Court's
4 procedures on sealing, the Parties jointly seek administrative relief pursuant to Civil Local Rules
5 7-11 and 79-5(c) and (d).   The parties request a further Order directing that the agreement
6 (attached hereto as Exhibit A) be sealed pending further order of the Court.

8   DATED:  June 15, 2018        SPECTOR ROSEMAN & KODROFF, P.C.
                                 Jeffrey L. Kodroff
9                                John A. Macoretta
                                 Mary Ann Geppert
10
                                 By: /s/ Jeffrey L. Kodroff
11
                                 *Plaintiffs' Co-Lead Counsel*
12

13  DATED:  June 15, 2018        COHEN MILSTEIN SELLERS & TOLL PLLC
                                 Daniel A. Small
14                               David A. Young

15                               By: /s/ Daniel A. Small

16                               *Plaintiffs' Co-Lead Counsel*

17

18  DATED:  June 15, 2018        WILSON SONSINI GOODRICH & ROSATI, P.C.
                                 David H. Kramer
19                               Brian M. Willen

20                               By: /s/ Brian M. Willen
                                       Brian M. Willen
21
                                 *Attorneys for Defendant Google LLC*

-1-

## CERTIFICATION

I, Brian M. Willen, am the ECF User whose identification and password are being used to file the **JOINT MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL**.  In compliance with L.R. 5-1(i)(3), I hereby attest that Jeffrey L. Kodroff and Daniel A. Small have concurred in this filing.

DATED:  June 15, 2018                By:   */s/ Brian M. Willen*
                                                     Brian M. Willen

                                        *Attorneys for Defendant Google LLC*

-1-