| | |
|---|---|
| JEFFREY L. KODROFF<br>JOHN A. MACORETTA<br>MARY ANN GEPPERT<br>SPECTOR ROSEMAN & KODROFF<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: jkodroff@srkattorneys.com<br><br>DANIEL A. SMALL<br>DAVID A. YOUNG<br>COHEN MILSTEIN SELLERS & TOLL<br>1100 New York Avenue NW<br>Suite 500 West<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>Email: dsmall@cohenmilstein.com<br><br>*Interim Class & Co-Lead Counsel* | DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br><br>BRIAN M. WILLEN, *admitted pro hac vice*<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>Email: bwillen@wsgr.com<br><br>*Attorneys for Defendant*<br>*Google LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | CASE NO.: 3:10-md-02184-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**<br><br>Judge: Hon. Charles R. Breyer |

Pursuant to Civil Local Rules 7-12 and 6-2, Defendant Google LLC and the Plaintiffs (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly stipulate as follows:

WHEREAS, per the parties' discussion at the status conference on June 8, 2018, the United States Supreme Court granted *certiorari* in *Frank v. Gaos*, No. 17-961 on April 30, 2018.

WHEREAS, the parties agree that the Supreme Court's determination of the issues on which it granted certiorari in *Gaos* is likely to directly bear on this Court's consideration of the parties' settlement of this matter, which is memorialized in an agreement provided to the Court for in camera review pursuant to this Court's Order [Dkt. No. 151].

WHEREAS, the parties agree that given the uncertainty created by the *Gaos* case, to avoid potentially wasteful and duplicative approval and notice proceedings in this matter, the Court should stay this case pending a decision from the Supreme Court in *Gaos*.

THEREFORE, the parties respectfully request that the Court enter the proposed order set out below.

DATED: June 15, 2018            SPECTOR ROSEMAN & KODROFF, P.C.
                                Jeffrey L. Kodroff
                                John A. Macoretta
                                Mary Ann Geppert

                                By: /s/ Jeffrey L. Kodroff

                                *Plaintiffs' Co-Lead Counsel*

DATED: June 15, 2018            COHEN MILSTEIN SELLERS & TOLL PLLC
                                Daniel A. Small
                                David A. Young

                                By: /s/ Daniel A. Small

                                *Plaintiffs' Co-Lead Counsel*

DATED: June 15, 2018            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                Michael W. Sobol
                                Melissa Gardner

                                By: /s/ Michael W. Sobol

                                *Plaintiffs' Liaison Counsel*

-2-

| | | |
|---|---|---|
| 1 | DATED: June 15, 2018 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>David H. Kramer<br>Brian M. Willen |
| 2 | | |
| 3 | | By: __/s/ Brian M. Willen__<br>         Brian M. Willen |
| 4 | | |
| 5 | | *Attorneys for Defendant Google LLC* |

# [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The proceedings in this case are stayed until the Supreme Court issues its decision in *Frank v. Gaos*, No. 17-961.
2. Within ten (10) days of the Supreme Court's decision, the parties shall jointly request a status conference to discuss further proceedings in this matter.

IT IS SO ORDERED.

DATED:  June 19, 2018

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE