| | |
|---|---|
| JEFFREY L. KODROFF<br>MARY ANN GEPPERT<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: jkodroff@srkattorneys.com | DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com |
| DANIEL A. SMALL<br>COHEN MILSTEIN SELLERS & TOLL<br>1100 New York Avenue NW<br>Suite 500 West<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>Email: dsmall@cohenmilstein.com | BRIAN M. WILLEN, *admitted pro hac vice*<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>Email: bwillen@wsgr.com |
| *Interim Class & Co-Lead Counsel* | *Attorneys for Defendant Google LLC* |

ELIZABETH J. CABRASER, SBN 083151
MICHAEL W. SOBOL, SBN 194857
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
Email: ecabraser@lchb.com

*Interim Class & Liaison Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | Case No.  3:10-md-02184-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>Judge: Hon. Charles R. Breyer |

1   WHEREAS, on May 10, 2019, the Court directed Interim Class and Co-Lead
2   Plaintiffs' Counsel to file a Motion for Settlement Preliminary Approval on or before July 12,
3   2019;
4   WHEREAS, pursuant to this Court's standing order, briefs or memoranda of
5   points and authorities in support of any motion may not exceed 15 pages except with leave of
6   Court;
7   WHEREAS, Interim Class and Co-Lead Plaintiffs' Counsel have concluded that
8   up to 35 pages will be required to fully address the requirements for certification of the settlement
9   class and preliminary approval under Federal Rule of Civil Procedure 23 and this District's
10  Procedural Guidance for Class Action Settlements;
11  WHEREAS, Defendant Google LLC does not oppose an extension to a total of 35
12  pages for Plaintiffs' Motion for Settlement Preliminary Approval;
13  IT IS THEREFORE STIPULATED AND AGREED by the parties, through their
14  respective counsel of record, that, subject to the Court's approval, Plaintiffs' Motion for
15  Settlement Preliminary Approval shall not exceed a total of 35 pages.

16

17  Dated: July 9, 2019           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                  Elizabeth J. Cabraser
                                  Michael W. Sobol
18

19                                By:    /s/ Michael W. Sobol
                                         Michael W. Sobol

20                                *Interim Class and Liaison Counsel*

21  Dated: July 9, 2019           COHEN MILSTEIN SELLERS & TOLL, PLLC
                                  Daniel A. Small
22

23                                By:    /s/ Daniel A. Small
                                         Daniel A. Small

24  Dated: July 9, 2019           SPECTOR ROSEMAN & KODROFF, P.C.
                                  Jeffrey L. Kodroff
25                                Mary Ann Geppert

26                                By:    /s/ Jeffrey L. Kodroff
                                         Jeffrey L. Kodroff
27

28                                *Interim Class and Co-Lead Counsel*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 9, 2019 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>David H. Kramer |
| 3 | | Brian M. Willen<br>Peter C. Holm |
| 4 | | By:   */s/ Brian L. Willen* |
| 5 | | Brian L. Willen |
| 6 | | *Attorneys for Defendant Google LLC* |

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, and good cause appearing:

Interim Class and Co-Lead Plaintiffs' Counsel may file a brief in support of their Motion for Settlement Preliminary Approval of up to 35 pages.

Dated: _____

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

**CERTIFICATION**

I, Michael W. Sobol am the ECF User whose identification and password are being used to file this Stipulation. In compliance with L.R. 5-1(i)(3), I hereby attest that Jeffrey L. Kodroff, Daniel A. Small, and Brian L. Willen have concurred in this filing.

Dated: July 9, 2019     By:  */s/ Michael W. Sobol*
                                             Michael W. Sobol