| | |
|---|---|
| JEFFREY L. KODROFF<br>MARY ANN GEPPERT<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: jkodroff@srkattorneys.com | DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com |
| DANIEL A. SMALL<br>COHEN MILSTEIN SELLERS & TOLL<br>1100 New York Avenue NW<br>Suite 500 West<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>Email: dsmall@cohenmilstein.com | BRIAN M. WILLEN, *admitted pro hac vice*<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>Email: bwillen@wsgr.com |
| *Interim Class & Co-Lead Counsel* | *Attorneys for Defendant Google LLC* |

ELIZABETH J. CABRASER, SBN 083151
MICHAEL W. SOBOL, SBN 194857
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
Email: ecabraser@lchb.com

*Interim Class & Liaison Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | Case No.  3:10-md-02184-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>Judge: Hon. Charles R. Breyer |

1  WHEREAS, on May 10, 2019, the Court directed Interim Class and Co-Lead Plaintiffs' Counsel to file a Motion for Settlement Preliminary Approval on or before July 12, 2019;

WHEREAS, pursuant to this Court's standing order, briefs or memoranda of points and authorities in support of any motion may not exceed 15 pages except with leave of Court;

WHEREAS, Interim Class and Co-Lead Plaintiffs' Counsel have concluded that up to 35 pages will be required to fully address the requirements for certification of the settlement class and preliminary approval under Federal Rule of Civil Procedure 23 and this District's Procedural Guidance for Class Action Settlements;

WHEREAS, Defendant Google LLC does not oppose an extension to a total of 35 pages for Plaintiffs' Motion for Settlement Preliminary Approval;

IT IS THEREFORE STIPULATED AND AGREED by the parties, through their respective counsel of record, that, subject to the Court's approval, Plaintiffs' Motion for Settlement Preliminary Approval shall not exceed a total of 35 pages.

Dated: July 9, 2019          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                             Elizabeth J. Cabraser
                             Michael W. Sobol

                             By:   */s/ Michael W. Sobol*
                                   Michael W. Sobol

                             *Interim Class and Liaison Counsel*

Dated: July 9, 2019          COHEN MILSTEIN SELLERS & TOLL, PLLC
                             Daniel A. Small

                             By:   */s/ Daniel A. Small*
                                   Daniel A. Small

Dated: July 9, 2019          SPECTOR ROSEMAN & KODROFF, P.C.
                             Jeffrey L. Kodroff
                             Mary Ann Geppert

                             By:   */s/ Jeffrey L. Kodroff*
                                   Jeffrey L. Kodroff

                             *Interim Class and Co-Lead Counsel*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 9, 2019 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>David H. Kramer<br>Brian M. Willen<br>Peter C. Holm |
| 3 | | |
| 4 | | By:   */s/ Brian L. Willen*<br>          Brian L. Willen |
| 5 | | |
| 6 | | *Attorneys for Defendant Google LLC* |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, and good cause appearing:

Interim Class and Co-Lead Plaintiffs' Counsel may file a brief in support of their Motion for Settlement Preliminary Approval of up to 35 pages.

Dated: July 9, 2019

Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE