| | |
|---|---|
| JEFFREY L. KODROFF<br>MARY ANN GEPPERT<br>SPECTOR ROSEMAN & KODROFF<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: jkodroff@srkattorneys.com | DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com |
| DANIEL A. SMALL<br>COHEN MILSTEIN SELLERS & TOLL<br>1100 New York Avenue NW<br>Suite 500 West<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>Email: dsmall@cohenmilstein.com | BRIAN M. WILLEN, *admitted pro hac vice*<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>Email: bwillen@wsgr.com |
| *Interim Class & Co-Lead Counsel* | *Attorneys for Defendant*<br>*Google LLC* |

ELIZABETH J. CABRASER, SBN 083151
MICHAEL W. SOBOL, SBN 194857
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
Email: ecabraser@lchb.com

*Interim Class & Liaison Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | Case No. 3:10-md-02184-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO FILE MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>Judge: Hon. Charles R. Breyer |

1805069.1

1

STIP AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE ON
MOTION FOR PRELIMINARY SETTLEMENT APPROVAL
CASE NO. 3:10-MD-02184-CRB

1     WHEREAS, on May 10, 2019, the Court directed Interim Class and Co-Lead Plaintiffs' Counsel to file a Motion for Preliminary Settlement Approval on or before July 12, 2019;

    WHEREAS, on July 9, 2019, the Parties filed a Stipulation to Extend Page Limits for the Motion for Preliminary Settlement Approval, which included a representation by Interim Class and Co-Lead Plaintiffs' Counsel that up to 35 pages will be required to fully address the requirements for certification of the settlement class and preliminary approval under Federal Rule of Civil Procedure 23 and this District's Procedural Guidance for Class Action Settlements;

    WHEREAS, on July 9, 2019, the Court found good cause to permit Interim Class and Co-Lead Plaintiffs' Counsel to file a brief in support of their Motion for Preliminary Settlement Approval of up to 35 pages, and so-ordered the Stipulation;

    WHEREAS, Interim Class and Co-Lead Plaintiffs' Counsel have been working diligently to prepare and file the Motion for Preliminary Settlement Approval;

    WHEREAS, Plaintiffs seek to give Google a fair opportunity to review the substance of their motion including its several attachments, to ensure its consistency with the Settlement Agreement, and the Parties thus have concluded that a one-week extension of the deadline to file a Motion for Preliminary Settlement Approval, to July 19, 2019, would be beneficial;

    WHEREAS, Defendant Google LLC supports this one-week extension of the deadline to file a Motion for Preliminary Settlement Approval;

    IT IS THEREFORE STIPULATED AND AGREED by the parties, through their respective counsel of record, that, subject to the Court's approval, the deadline for Plaintiffs' Motion for Preliminary Settlement Approval shall be extended to July 19, 2019.

Dated: July 11, 2019          LIEFF CABRASER HEIMANN &
                                         BERNSTEIN, LLP
                                         Elizabeth J. Cabraser
                                         Michael W. Sobol

                                         By:   */s/ Michael W. Sobol*
                                                         Michael W. Sobol

                                         *Interim Class and Liaison Counsel*

| | | |
|---|---|---|
| 1 | Dated: July 11, 2019 | SPECTOR ROSEMAN & KODROFF, P.C. |
| 2 | | Jeffrey L. Kodroff |
| | | Mary Ann Geppert |
| 3 | | By:   */s/ Jeffrey L. Kodroff* |
| 4 | |         Jeffrey L. Kodroff |
| | | *Plaintiffs' Co-Lead Counsel* |
| 5 | Dated: July 11, 2019 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 6 | | Daniel A. Small |
| 7 | | By:   */s/ Daniel A. Small* |
| 8 | |         Daniel A. Small |
| | | *Plaintiffs' Co-Lead Counsel* |
| 9 | Dated: July 11, 2019 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 10 | | David H. Kramer |
| | | Brian M. Willen |
| 11 | | By:   */s/ Brian M. Willen* |
| 12 | |         Brian M. Willen |
| 13 | | *Attorneys for Defendant Google LLC* |

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, and good cause appearing:

The deadline for Plaintiffs' Motion for Preliminary Settlement Approval shall be extended to July 19, 2019.

Dated: July 12, 2019

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE