ALAN BUTLER
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 483-1140
Facsimile: (202) 483-1248
Email: butler@epic.org

*Attorney for Amicus Curiae Electronic Privacy Information Center (EPIC)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION, | Case No. 3:10-md-02184-CRB<br><br>**CLASS ACTION**<br><br>**APPLICATION AND ~~[PROPOSED~~] ORDER TO ALLOW FOR TELEPHONIC APPEARANCE BY EPIC'S COUNSEL AT THE SEPTEMBER 6, 2019 HEARING ON THE MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT** |
|---|---|

Pursuant to the Court's "Notice re Telephonic Appearance Procedures for District Judge Charles R. Breyer," *amicus curiae* Electronic Privacy Information Center ("EPIC"), by and through undersigned counsel, submits this Application to request that the Court enter an order allowing EPIC's counsel to participate by telephone in the motion hearing scheduled in this matter for September 6, 2019 at 10:00am. EPIC submits that there is good cause for such an order because allowing EPIC's counsel, who is based in Washington, D.C., to participate by

telephone in the September 6th hearing will conserve resources while enabling the Court to ask questions about EPIC's request for a *cy pres* distribution.

Counsel for the parties have advised that they do not oppose a telephone appearance by EPIC's counsel. EPIC's counsel will comply in full with the Telephonic Appearance Procedures.

Dated: September 3, 2019

Respectfully Submitted,
By: /s/ Alan Jay Butler
Alan Jay Butler
Attorney for Amicus Electronic Privacy Information Center

**~~[PROPOSED]~~ ORDER**

The Court, having considered the foregoing Application, and good cause appearing, hereby grants the Electronic Privacy Information Center's counsel leave to participate by telephone in the September 6, 2019 motion hearing.

Dated: September 5, 2019

Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE