Jeffrey L. Kodroff
John A. Macoretta
Mary Ann Geppert
SPECTOR ROSEMAN & KODROFF PC
2001 Market Street
Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Daniel A. Small
COHEN MILSTEIN SELLERS & TOLL
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Interim Class and Co-Lead Counsel*

Elizabeth J. Cabraser
Michael W. Sobol
Melissa Gardner
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 9411
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Class and Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION** | Case No.  3:10-md-02184-CRB <br><br> <u>CLASS ACTION</u> <br><br> **PLAINTIFFS' NOTICE OF REVISED LONG FORM NOTICE AND REVISED PROPOSED ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> **Honorable Charles R. Breyer** |

At its Preliminary Approval Hearing on September 6, 2019, the Court indicated that it intended to approve Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. The Court also approved a motion by the Electronic Privacy Information Center (EPIC) to apply to be a recipient of cy pres funding from the proposed Settlement Agreement. The Court instructed that the Parties' Long Form Notice be amended to inform class members of EPIC's application. Accordingly, the parties propose that notice be ordered in accordance with the Revised Long Form Notice (attached as Exhibit A). A redline indicating changes from the Long Form Notice submitted with Plaintiffs' original Motion for Preliminary Approval of Class Action Settlement is attached as Exhibit B. A revised Proposed Order Granting Preliminary Approval of Class Action Settlement reflecting this change is attached as Exhibit C.

Dated: September 26, 2019          Respectfully submitted,

By:          */s/ Jeffrey L. Kodroff*
             Jeffrey L. Kodroff

SPECTOR ROSEMAN & KODROFF PC
Jeffrey L. Kodroff
John A. Macoretta
Mary Ann Geppert
2001 Market Street
Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: jkodroff@srkwlaw.com

COHEN MILSTEIN SELLERS & TOLL
Daniel A. Small
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsmall@cohenmilstein.com

*Interim Class and Co-Lead Counsel*

Elizabeth J. Cabraser (State Bar No. 083151)
ecabraser@lchb.com
Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Melissa Gardner (State Bar No. 289096)
mgardner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Interim Class and Liaison Counsel*

1841860.1

- 3 -

PLAINTIFFS' NOTICE OF REVISED LONG FORM NOTICE AND REVISED PROPOSED ORDER
CASE NO.  3:10-MD-02184-CRB

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: September 26, 2019       Respectfully submitted,

By:       */s/ Michael W. Sobol*
           Michael W. Sobol

*Interim Class and Liaison Counsel*