JEFFREY L. KODROFF
MARY ANN GEPPERT
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: jkodroff@srkattorneys.com

DANIEL A. SMALL
COHEN MILSTEIN SELLERS & TOLL
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsmall@cohenmilstein.com

*Interim Class & Co-Lead Counsel*

ELIZABETH J. CABRASER, SBN 083151
MICHAEL W. SOBOL, SBN 194857
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
Email: ecabraser@lchb.com

*Interim Class & Liaison Counsel*

DAVID H. KRAMER, SBN 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

BRIAN M. WILLEN, *admitted pro hac vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | Case No.  3:10-md-02184-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER ON SCHEDULE THROUGH HEARING ON FINAL APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. Charles R. Breyer |

1      WHEREAS, on October 9, 2019, the Court entered an Order Granting Preliminary

2 Approval of Class Action Settlement (Dkt. No. 178), and approved the following deadlines for

3 dissemination of Notice of the hearing on Final Approval of Class Action Settlement:

| Event | Date |
|---|---|
| Notice of Settlement to be Disseminated | 30 days after entry of the Court's Preliminary Approval Order |
| Deadline for Class Counsel's motions for final approval and for attorneys' fees, costs, and service awards. | 45 days after the entry of the Court's Preliminary Approval Order. |
| Objection and Opt Out Deadline | 60 days after Dissemination of Notice |
| Deadline for Parties to file a written response to any comment or objection filed by a class member | 90 days after Dissemination of Notice |
| Notice Administrator affidavit of compliance with notice requirements | 14 days before Final Approval Hearing |
| Final Approval Hearing | Not less than 130 days after entry of the Preliminary Approval Order, or as soon thereafter as is convenient for the Court |

15      WHEREAS, the deadline for Notice of Settlement to be Disseminated is

16 November 8, 2019 (30 days after entry of the Court's October 9, 2019 Order), but the Settlement

17 Notice Administrator intends to launch the Settlement Website and commence the 30-day media

18 Notice Program no later than October 22, 2019, such that Notice will be fully disseminated by

19 November 21, 2019, after which date the Settlement Website will continue to be available and

20 accessible to Settlement Class members;

21      WHEREAS, counsel for Plaintiffs and Defendant Google LLC have conferred and

22 agree that, consistent with the Court's October 9, 2019 Order, and in light of the Notice

23 Administrator's ability to commence dissemination of Notice earlier than the November 8, 2019

24 deadline, the Court should adopt the following specific dates as deadlines in this case:

| Event | Date |
|---|---|
| Notice of Settlement to be Disseminated | October 22, 2019 |
| Deadline for Class Counsel's motions for final approval and for attorneys' fees, costs, and service awards. | November 25, 2019 |
| Objection and Opt Out Deadline | January 20, 2020 (60 days after November 21, 2019) |
| Notice Administrator affidavit of compliance with notice requirements | February 14, 2020 |
| Deadline for Parties to file a written response to any comment or objection filed by a class member | February 19, 2020 (90 days after November 21, 2019) |
| Final Approval Hearing | February 28, 2020 at 10:00 a.m. |

IT IS THEREFORE STIPULATED AND AGREED by the parties, through their respective counsel of record, that, subject to the Court's approval, the dates above should be entered as deadlines by the Court.

Dated: October 10, 2019          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                 Elizabeth J. Cabraser
                                 Michael W. Sobol

                                 By:   */s/ Michael W. Sobol*
                                       Michael W. Sobol

                                 *Interim Class and Liaison Counsel*

Dated: October 10, 2019          COHEN MILSTEIN SELLERS & TOLL, PLLC
                                 Daniel A. Small

                                 By:   */s/ Daniel A. Small*
                                       Daniel A. Small

Dated: October 10, 2019          SPECTOR ROSEMAN & KODROFF, P.C.
                                 Jeffrey L. Kodroff
                                 Mary Ann Geppert

                                 By:   */s/ Jeffrey L. Kodroff*
                                       Jeffrey L. Kodroff

                                 *Interim Class and Co-Lead Counsel*

| | | |
|---|---|---|
| 1 | Dated: October 10, 2019 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| | | David H. Kramer |
| | | Brian M. Willen |
| | | Peter C. Holm |

By:   */s/ Brian L. Willen*
   Brian L. Willen

*Attorneys for Defendant Google LLC*

1847236.1                                3

STIP. AND [PROPOSED] ORDER ON SCHEDULE THROUGH
HEARING ON FINAL APPROV. OF SETTLEMENT
CASE NO. 3:10-MD-02184-CRB

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, and good cause appearing, the Court adopts the following schedule through the hearing on Final Approval of Class Action Settlement:

| Event | Date |
|---|---|
| Notice of Settlement to be Disseminated | October 22, 2019 |
| Deadline for Class Counsel's motions for final approval and for attorneys' fees, costs, and service awards. | November 25, 2019 |
| Objection and Opt Out Deadline | January 20, 2020 |
| Notice Administrator affidavit of compliance with notice requirements | February 14, 2020 |
| Deadline for Parties to file a written response to any comment or objection filed by a class member | February 19, 2020 |
| Final Approval Hearing | February 28, 2020 at 10:00 a.m. |

Dated: _____

Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

**CERTIFICATION**

I, Michael W. Sobol am the ECF User whose identification and password are being used to file this Stipulation. In compliance with L.R. 5-1(i)(3), I hereby attest that Jeffrey L. Kodroff, Daniel A. Small, and Brian L. Willen have concurred in this filing.

Dated:  October 10, 2019                     By:   */s/ Michael W. Sobol*
                                                                    Michael W. Sobol