| | |
|---|---|
| JEFFREY L. KODROFF | DAVID H. KRAMER, SBN 168452 |
| MARY ANN GEPPERT | WILSON SONSINI GOODRICH & ROSATI |
| SPECTOR ROSEMAN & KODROFF, P.C. | Professional Corporation |
| 2001 Market Street, Suite 3420 | 650 Page Mill Road |
| Philadelphia, PA 19103 | Palo Alto, CA 94304-1050 |
| Telephone: (215) 496-0300 | Telephone: (650) 493-9300 |
| Facsimile: (215) 496-6611 | Facsimile: (650) 565-5100 |
| Email: jkodroff@srkattorneys.com | Email: dkramer@wsgr.com |
| | |
| DANIEL A. SMALL | BRIAN M. WILLEN, *admitted pro hac vice* |
| COHEN MILSTEIN SELLERS & TOLL | WILSON SONSINI GOODRICH & ROSATI |
| 1100 New York Avenue NW | Professional Corporation |
| Suite 500 West | 1301 Avenue of the Americas, 40th Floor |
| Washington, DC 20005 | New York, NY 10019 |
| Telephone: (202) 408-4600 | Telephone: (212) 999-5800 |
| Facsimile: (202) 408-4699 | Facsimile: (212) 999-5899 |
| Email: dsmall@cohenmilstein.com | Email: bwillen@wsgr.com |
| | |
| *Interim Class & Co-Lead Counsel* | *Attorneys for Defendant Google LLC* |

ELIZABETH J. CABRASER, SBN 083151
MICHAEL W. SOBOL, SBN 194857
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
Email: ecabraser@lchb.com

*Interim Class & Liaison Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | Case No.  3:10-md-02184-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER ON SCHEDULE THROUGH HEARING ON FINAL APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. Charles R. Breyer |

1847236.1

1  WHEREAS, on October 9, 2019, the Court entered an Order Granting Preliminary

2  Approval of Class Action Settlement (Dkt. No. 178), and approved the following deadlines for

3  dissemination of Notice of the hearing on Final Approval of Class Action Settlement:

| Event | Date |
|---|---|
| Notice of Settlement to be Disseminated | 30 days after entry of the Court's Preliminary Approval Order |
| Deadline for Class Counsel's motions for final approval and for attorneys' fees, costs, and service awards. | 45 days after the entry of the Court's Preliminary Approval Order. |
| Objection and Opt Out Deadline | 60 days after Dissemination of Notice |
| Deadline for Parties to file a written response to any comment or objection filed by a class member | 90 days after Dissemination of Notice |
| Notice Administrator affidavit of compliance with notice requirements | 14 days before Final Approval Hearing |
| Final Approval Hearing | Not less than 130 days after entry of the Preliminary Approval Order, or as soon thereafter as is convenient for the Court |

15  WHEREAS, the deadline for Notice of Settlement to be Disseminated is

16  November 8, 2019 (30 days after entry of the Court's October 9, 2019 Order), but the Settlement

17  Notice Administrator intends to launch the Settlement Website and commence the 30-day media

18  Notice Program no later than October 22, 2019, such that Notice will be fully disseminated by

19  November 21, 2019, after which date the Settlement Website will continue to be available and

20  accessible to Settlement Class members;

21  WHEREAS, counsel for Plaintiffs and Defendant Google LLC have conferred and

22  agree that, consistent with the Court's October 9, 2019 Order, and in light of the Notice

23  Administrator's ability to commence dissemination of Notice earlier than the November 8, 2019

24  deadline, the Court should adopt the following specific dates as deadlines in this case:

1847236.1      1      STIP. AND [PROPOSED] ORDER ON SCHEDULE THROUGH
HEARING ON FINAL APPROV. OF SETTLEMENT
CASE NO. 3:10-MD-02184-CRB

| Event | Date |
|---|---|
| Notice of Settlement to be Disseminated | October 22, 2019 |
| Deadline for Class Counsel's motions for final approval and for attorneys' fees, costs, and service awards. | November 25, 2019 |
| Objection and Opt Out Deadline | January 20, 2020 (60 days after November 21, 2019) |
| Notice Administrator affidavit of compliance with notice requirements | February 14, 2020 |
| Deadline for Parties to file a written response to any comment or objection filed by a class member | February 19, 2020 (90 days after November 21, 2019) |
| Final Approval Hearing | February 28, 2020 at 10:00 a.m. |

IT IS THEREFORE STIPULATED AND AGREED by the parties, through their respective counsel of record, that, subject to the Court's approval, the dates above should be entered as deadlines by the Court.

Dated: October 10, 2019      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser
Michael W. Sobol

By:   */s/ Michael W. Sobol*
        Michael W. Sobol

*Interim Class and Liaison Counsel*

Dated: October 10, 2019      COHEN MILSTEIN SELLERS & TOLL, PLLC
Daniel A. Small

By:   */s/ Daniel A. Small*
        Daniel A. Small

Dated: October 10, 2019      SPECTOR ROSEMAN & KODROFF, P.C.
Jeffrey L. Kodroff
Mary Ann Geppert

By:   */s/ Jeffrey L. Kodroff*
        Jeffrey L. Kodroff

*Interim Class and Co-Lead Counsel*

| | | |
|---|---|---|
| 1 | Dated: October 10, 2019 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>David H. Kramer<br>Brian M. Willen<br>Peter C. Holm |
| | | By: _/s/ Brian L. Willen_<br>        Brian L. Willen |
| | | *Attorneys for Defendant Google LLC* |

1847236.1                                    3

STIP. AND [PROPOSED] ORDER ON SCHEDULE THROUGH
HEARING ON FINAL APPROV. OF SETTLEMENT
CASE NO. 3:10-MD-02184-CRB

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, and good cause appearing, the Court adopts the following schedule through the hearing on Final Approval of Class Action Settlement:

| Event | Date |
| --- | --- |
| Notice of Settlement to be Disseminated | October 22, 2019 |
| Deadline for Class Counsel's motions for final approval and for attorneys' fees, costs, and service awards. | November 25, 2019 |
| Objection and Opt Out Deadline | January 20, 2020 |
| Notice Administrator affidavit of compliance with notice requirements | February 14, 2020 |
| Deadline for Parties to file a written response to any comment or objection filed by a class member | February 19, 2020 |
| Final Approval Hearing | February 28, 2020 at 10:00 a.m. |

Dated: October 15, 2019

Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE