DAVID H. KRAMER, SBN 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

BRIAN M. WILLEN, *admitted pro hac vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | Case No. 3:10-md-02184-CRB<br><br>**DECLARATION OF BRIAN M. WILLEN REGARDING SETTLEMENT COMPLIANCE**<br><br>Judge: Hon. Charles R. Breyer |

I, Brian M. Willen, declare:

1. I am a member of the law firm Wilson Sonsini Goodrich & Rosati P.C. ("WSGR"), counsel of record for Defendant Google LLC ("Google"). I submit this Declaration in connection with Plaintiffs' Motion for Final Approval of Class Action Settlement and related papers (Dkt. No. 184). I have personal knowledge of the facts set forth in this Declaration and can testify competently thereto.

2. In the parties' Settlement Agreement, Google agreed "to host and maintain educational webpages that instruct users on the configuration of wireless security modes and the value of encrypting a wireless network, including a how-to video demonstrating how users can encrypt their networks and instructions on how to remove a wireless network from inclusion in Google's location services." Dkt. 166-1 ("Settlement Agreement"), ¶ 36. Google further agreed "to use its best efforts to have the webpages operational by the time the class notice is first disseminated." *Id.*

3. Google has fully complied with those provisions of the Settlement Agreement. In particular, Google is hosting and maintaining the following informational sources:

- A how-to video entitled "Securing your WiFi network," which is published at the following location: https://www.youtube.com/watch?v=_WHynHcXm7c. This video describes the importance of Wi-Fi security, how unencrypted Wi-Fi communications may be intercepted, and provides instructions to users about how to secure their networks using encryption and strong passwords.

- An educational webpage entitled "Tips to help you stay more secure online" available at https://safety.google/security/security-tips/ ("Security Tips page"), which provides additional warnings to users about the risks of using unencrypted Wi-Fi networks, advises users to encrypt their home Wi-Fi networks and to use a strong password, and provides a link to the "Securing your Wi-Fi Network" video described above through a "Learn More" prompt.

- The educational webpage entitled "Control access point inclusion in Google's Location services," which is available at https://support.google.com/maps/answer/1725632?hl=en. This page provides specific instructions to internet users about how they can remove their home Wi-Fi access points from inclusion in Google's location services.  Google is in the process of updating the Security Tips page to link directly to this page.

4. The video and the webpages described above were all operational by the time the class notice was first disseminated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: December 13, 2019

By: _____/s/ Brian M. Willen_____
Brian M. Willen
Email:  bwillen@wsgr.com

*Attorney for Defendant Google LLC*