**MARK BRNOVICH**
**ATTORNEY GENERAL**
(FIRM STATE BAR NO. 14000)

Drew C. Ensign (CA Bar No. 243956)
  *Deputy Solicitor General*
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-5025
Facsimile: (602) 542-8083
Drew.Ensign@azag.gov

*Attorney for Amicus Arizona Attorney General's Office*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | Case No.: 3:10-md-02184-CRB<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE STATE ATTORNEYS GENERAL *AMICUS CURIAE* BRIEF**<br><br>Date:   February 28, 2020<br>Time:  10:00 a.m. |

**NOW COMES** the Arizona Attorney General's Office and hereby moves this Court for leave to appear as *amicus curiae* and file the attached State Attorneys General Brief Urging Rejection Of Proposed *Cy Pres*-Only Class Action Settlement. Counsel for Plaintiffs and Defendant have been contacted regarding this motion and have stated that they do not oppose the motion.

As set forth in the brief, the State Attorneys General supporting the brief are their respective States' chief law enforcement or legal officers. The interest of the State Attorneys General here arises from two responsibilities. *First*, the Attorneys General have an overarching responsibility to protect their States' consumers. *Second*, the undersigned have a responsibility to protect consumer class members under the Class Action Fairness Act, which prescribes a role for state Attorneys General in the class action settlement approval process. *See* 28 U.S.C. § 1715; *see also* S. Rep. 109-14, 2005 U.S.C.C.A.N. 3, 6 (requirement "that notice of class action settlements be sent to appropriate state and federal officials" exists "so that they may voice concerns if they believe that the class action settlement is not in the best interest of their citizens."); *id.* at 34 ("notifying appropriate state and federal officials ... will provide a check against inequitable settlements"; "Notice will also deter collusion between class counsel and defendants to craft settlements that do not benefit the injured parties.").

In addition to these interests, this brief is a continuation of the ongoing effort of State Attorneys General to protect consumers from class action settlement abuse, an effort that has produced meaningful settlement improvements for class members. *See, e.g., Allen v. Similasan Corp.*, No. 12-cv-376, Dkts. 219, 223, 257, 261 (S.D. Cal.) (after state Attorneys General *amicus*, court rejected initial settlement and revised deal was reached, increasing class' cash recovery from $0 to ~$700,000); *Cowen v. Lenny & Larry's, Inc.*, No. 17-cv-01530, Dkts. 94, 110, 117 (N.D. Ill.) (involvement of government officials, including state Attorneys General, produced revised settlement that increased class's cash recovery from $350,000 to ~$900,000).

The Attorneys General submit the attached *amicus curiae* brief to further these interests, speaking for consumers who will be harmed by the proposed settlement that has obtained a $13 million cash fund yet directs no cash or other direct compensation to class members.

The points raised in the brief are relevant to the questions currently pending before the Court, including the Court's analysis of the Proposed Settlement. Given the interests represented by the State Attorneys General, the role CAFA envisions for state Attorneys General, and the repeat involvement of state Attorneys General in the class action settlement approval process in cases across the country, acceptance and consideration of the brief will aid the Court in its handling of the issues now before it.

For the foregoing reasons, the undersigned respectfully requests that the Court grant leave to the Arizona Attorney General's Office to appear as *amicus curiae* and leave for the Arizona Attorney General's Office to file the State Attorneys General *Amicus Curiae* Brief Urging Rejection Of Proposed *Cy Pres*-Only Class Action Settlement. A proposed order to that effect has been submitted with this motion.

RESPECTFULLY SUBMITTED this 20th day of January, 2020.

>MARK BRNOVICH
>ATTORNEY GENERAL
>
>*/s/ Drew C. Ensign*
>Drew C. Ensign
>  *Deputy Solicitor General*
>Office of the Arizona Attorney General
>2005 N. Central Ave.
>Phoenix, Arizona 85004
>602-542-5025
>Drew.Ensign@azag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California using the CM/ECF filing system.  Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

>  */s/  Drew C. Ensign*
>  Drew C. Ensign