RECEIVED
CRB JAN 27 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

re: Google LLC Street View Electronic Communications Litigation
case number : 10-md-02184

I declare under penalty of perjury that I used an unencrypted wireless network in the United States between January 1, 2007 and May 15, 2010.
I strongly object to the terms of the settlement of this case!
The settlement terms are completely absurd , assanine,and utterly outrageous nonsense! Its insanity to forego compensating the victims directly in favor of compensating third parties that had no involvement ! Is it possible that google,or other parties, are in collusion with the highly paid charities' ceos,for anyone to even propose such a sinster plan? This settlement would be tantamount to google deliberatly crashing one of it's semi trucks into many other vehicles and then afterwards, proposing a class settlement ,with terms that that they not compensate any of the victims involved directly, but instead they do two things: merely apologize and agree to never do it again; THEN propose that the victims shall receive zero compensation for any of their injuries and damages, or pay for any punitive damages, And then instead of compensating the victims directly, a large fund would be donated to the D.o.t., and to various "charities" that are involved with traffic safety issues! Its madness to even make such a proposal as this, let alone to consider it be a valid or reasonable settlement! It would be lunacy to compensate any third parties instead of the victims/aka the affected individuals, themselves(myself being one of them)! None of these "Cy Pres Recipients" "charities" or non-profits were even involved to begin with(charities, which im convinced, many times are just regular businesses, with a highly paid CEO and staff, hiding behind a "non-profit" status) they did not have their personal data and emails hijacked by google, and they should not receive a single penny from google regarding this case! The funds should only go directly to the individuals that were directly affected by google's heinous actions ( minus reasonable attorneys' fees)!

sincerely,
David Franco
9021 dolente ave
las vegas, nevada 89129

maildavidmail@mail.com
7027811706
P.s.
Neither myself nor any attorney representing myself are able to attend in person before the court for the final hearing. Please read my statement into the record and act apon it as though I had stated it in person.
signed,
David Franco
*David Franco*
footnote:mailed to:
Class Action Clerk, United States District Court for the Northern District of California
Judge Breyer Case System Administrator
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102



Class Action Clerk, United States
District Court for the Northern District
of California
Judge Breyer Case System Administrator
Phillip Burton Federal Building & United
States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102