Jeffrey L. Kodroff
John A. Macoretta
Mary Ann Geppert
SPECTOR ROSEMAN & KODROFF PC
2001 Market Street
Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Daniel A. Small
Robert W. Cobbs
COHEN MILSTEIN SELLERS & TOLL
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Class and Co-Lead Counsel*

Elizabeth J. Cabraser
Michael W. Sobol
Melissa Gardner
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Class and Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION** | Case No: 3:10-md-02184-CRB<br><br>**CLASS ACTION**<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

In support of Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF No. 184), Plaintiffs respectfully submit this Notice of Supplemental Authority to inform the Court of a

recent decision by the U.S. Court of Appeals for the Ninth Circuit in *Campbell v. Facebook, Inc.*, No. 17-16873 (Mar. 3, 2020), attached hereto as exhibit A. The Circuit Court directly addressed the question of whether alleged violations of the ECPA are concrete enough to support standing under *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016). For reasons largely parallel to those set forth in Plaintiffs' opening brief, the Circuit Court held that "*every* violation of the provisions of ECPA . . . at issue in this case 'present[s] the precise harm and infringes the same privacy interests Congress . . . sought to protect by enacting' ECPA . . . ." *Campbell* at 19 (alterations in original) (quoting *Eichenberger v. ESPN, Inc.*, 876 F.3d 979, 983-84 (9th Cir. 2017).

The Court may also find instructive the Circuit Court's affirmation of the *Campbell* settlement over the objections of a class member represented by the same firm as Objector Lowery in this case. *See Campbell* at 23-38. In particular, the *Campbell* Court rejected an argument that the injunctive relief offered was "worthless"—an argument Objector Lowery invokes in this case against injunctive relief that meets or exceeds that offered in *Campbell*. *Id.* at 28. And though Lowery did not focus on accusations that Class Counsel prioritized their own interests over those of the class under the rubric of *In re Bluetooth Headset Prods. Liab. Litig.*, 654 F.3d 935, 950 (9th Cir. 2011), the Court may find the Circuit's discussion of these issues helpful in weighing Lowery's suggestion that the *cy pres* settlement reached in this case unduly benefits recipients favored by counsel.

Dated: March 4, 2020

Respectfully submitted,

By: _____*/s/ Daniel A. Small*_____
        Daniel A. Small

COHEN MILSTEIN SELLERS & TOLL
Daniel A. Small
Robert W. Cobbs
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsmall@cohenmilstein.com
rcobbs@cohenmilstein.com

SPECTOR ROSEMAN & KODROFF PC
Jeffrey L. Kodroff
John A. Macoretta
Mary Ann Geppert
2001 Market Street
Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: jkodroff@srkattorneys.com
jmacoretta@skrattorneys.com
mgeppert@skrattorneys.com

*Class and Co-Lead Counsel*

Elizabeth J. Cabraser (State Bar No. 083151)
Michael W. Sobol (State Bar No. 194857)
Melissa Gardner (State Bar No. 289096)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
ecabraser@lchb.com
msobol@lchb.com
mgardner@lchb.com

*Class and Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: March 4, 2020                    Respectfully submitted,

By: */s/ Daniel A. Small*
                    Daniel A. Small

COHEN MILSTEIN SELLERS & TOLL
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsmall@cohenmilstein.com