| | |
|---|---|
| 1 | Daniel A. Small |
| | Robert W. Cobbs |
| 2 | COHEN MILSTEIN SELLERS & TOLL |
| | 1100 New York Avenue NW |
| 3 | Suite 500 West |
| | Washington, DC 20005 |
| 4 | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |
| 5 | |
| | Jeffrey L. Kodroff |
| 6 | John A. Macoretta |
| | Mary Ann Geppert |
| 7 | SPECTOR ROSEMAN & KODROFF PC |
| | 2001 Market Street |
| 8 | Suite 3420 |
| | Philadelphia, PA 19103 |
| 9 | Telephone: (215) 496-0300 |
| | Facsimile: (215) 496-6611 |
| 10 | |
| | Elizabeth J. Cabraser |
| 11 | Michael W. Sobol |
| | Melissa Gardner |
| 12 | LIEFF CABRASER HEIMANN & BERNSTEIN LLP |
| | 275 Battery Street, 29th Floor |
| 13 | San Francisco, CA 94111 |
| | Telephone: (415) 956-1000 |
| 14 | Facsimile: (415) 956-1008 |
| 15 | *Class Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION** | Case No: 3:10-md-02184-CRB |
| | **CLASS ACTION** |
| | **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO PAY SETTLEMENT ADMINISTRATION EXPENSES** |
| | Judge:  The Hon. Charles R. Breyer |

Pursuant to Civil Local Rule 7-11 and the Procedural Guidance for Class Action Settlements for the Northern District of California (the "Guidance"), Plaintiffs respectfully request an order from the Court to authorize the payment of $158,000 from the Settlement Fund to A.B. Data, the Court-Appointed Notice Administrator, and to reduce the fee award to Class Counsel by $39,500 consistent with the Court's calculation of attorneys' fees based on a percentage of the net Settlement Fund.

The Guidance provides that "[i]n the motion for preliminary approval, the parties should identify the proposed settlement administrator . . . [and] address the anticipated administrative costs, the reasonableness of those costs in relation to the value of the settlement, and who will pay the costs. The court may not approve the amount of the cost award to the settlement administrator until the final approval hearing." *See Procedural Guidance for Class Action Settlements*, United States District Court for the Northern District of California (Dec. 5, 2018), https://www.cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/.

Plaintiffs' Motion for Preliminary Approval (ECF No. 166, at 3 n.8) and supporting Joint Declaration (ECF No. 166-1, ¶ 20), proposed A.B. Data as Notice Administrator and explained that A.B. Data had agreed to undertake the work for a flat rate of $158,000. On October 9, 2019 the Court appointed A.B. Data as Notice Administrator and directed that "[a]s provided in paragraph 41 of the Settlement Agreement, all costs associated with implementing the Notice Program, including fees and costs of the Notice Administrator, up to $500,000, will be paid out of the Settlement Fund." Order Granting Prelim. Approval of Class Action Settlement ¶¶ 9, 16, ECF No. 178. Paragraph 41 of the Settlement Agreement provides that "[a]fter preliminary approval of the Settlement, Co-Lead Counsel may utilize up to $500,000 from the Settlement Fund to implement the notice plan approved by the Court." Settlement Agreement ¶ 41, ECF No. 166-1, Ex. A.

Co-Lead Counsel did not utilize funds from the Settlement Fund to compensate the Notice Administrator after preliminary approval in light of the Guidance's provision that "[t]he court may not approve the amount of the cost award to the settlement administrator until the final approval hearing." The amount of compensation sought for A.B. Data was disclosed in the Notice

provided to Class Members, as follows: "Class Counsel will ask the Court to award no more than $3.25 million in attorneys' fees (25% of the Settlement Fund), up to $750,000 to reimburse Class Counsel for the expenses incurred to litigate and resolve this action, and up to $158,000 to reimburse the Notice Administrator for the costs of administering the Settlement." *See* ECF No. 166-1, Ex. J–5, at 6, ¶ 8.

Plaintiffs submitted a Declaration and invoice for $158,000 from A.B. Data with their Final Approval papers on November 25, 2019 (ECF No. 184-1, Ex. 5), but inadvertently failed to specify in their papers or at the Final Approval Hearing a request that the Court approve payment at or after the Final Approval Hearing, as provided for by the Guidance. Accordingly, Class Counsel hereby request the Court's approval to pay A.B. Data a one-time sum total of $158,000 from the Settlement Fund for settlement administration expenses. In light of the Court's Order on Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards calculating the attorneys' fee based upon the net, rather than gross Settlement Fund (ECF No. 211, at 13), Class Counsel concurrently request that the fee awarded to Class Counsel be reduced by $39,500, to $3,000,125, which represents 25% of the net Settlement Fund accounting for the settlement administration expenses.

Dated:   March 26, 2020

Respectfully submitted,

By:   */s/ Daniel A. Small*
          Daniel A. Small

COHEN MILSTEIN SELLERS & TOLL
Daniel A. Small
Robert W. Cobbs
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dsmall@cohenmilstein.com
rcobbs@cohenmilstein.com

| | |
|---|---|
| 1 | SPECTOR ROSEMAN & KODROFF PC |
| 2 | Jeffrey L. Kodroff |
|   | John A. Macoretta |
| 3 | Mary Ann Geppert |
|   | 2001 Market Street |
| 4 | Suite 3420 |
|   | Philadelphia, PA 19103 |
| 5 | Telephone: (215) 496-0300 |
|   | Facsimile: (215) 496-6611 |
| 6 | jkodroff@srkattorneys.com |
|   | jmacoretta@skrattorneys.com |
| 7 | mgeppert@skrattorneys.com |

*Class and Co-Lead Counsel*

Elizabeth J. Cabraser (State Bar No. 083151)
Michael W. Sobol (State Bar No. 194857)
Melissa Gardner (State Bar No. 289096)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
ecabraser@lchb.com
msobol@lchb.com
mgardner@lchb.com

*Class and Liaison Counsel*