# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION** | Case No.  3:10-MD-02184-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PAY SETTLEMENT ADMINISTRATION EXPENSES |

Before the Court is Plaintiffs' Administrative Motion for Leave to Pay Settlement Administration Expenses. The Motion is unopposed by Defendants. Good cause appearing, Plaintiffs' Motion is **GRANTED** and **IT IS HEREBY ORDERED** that Class Counsel shall direct payment from the Escrow Account (as defined in the Settlement Agreement) in the amount of $158,000 to A.B. Data, the Court-Appointed Notice Administrator.

Previously, the Court awarded fees to Class Counsel in the amount of $3,039,625. Order Granting Final Approval of Class Action Settlement at 16, ECF No. 211. That figure was awarded based on a percentage of the Settlement Fund less expenses. In accordance with the reasoning of the prior decision, the Court hereby reduces that award $39,500 to $3,000,125 (that is, 25% of the $13 million Settlement Fund, less $750,000 in expenses, $91,500 in Service Awards, and $158,000 in Notice expenses).

1  **IT IS SO ORDERED.**

3  Dated: March 27, 2020

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge