Theodore H. Frank (SBN 196332)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorneys for Objector David Lowery*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE LLC STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION<br><br>DAVID LOWERY,<br><br>           Objector. | Case No. 3:10-md-02184-CRB<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

Notice is hereby given that objecting class member David Lowery hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Final Approval of Class Action Settlement, Granting Attorneys' Fees, and Entering Final Judgment (Dkt. 211), entered on March 18, 2020; the Order (Dkt. 214) dated March 27, 2020; and all opinions and orders that merge therein.

Henderson's Representation Statement follows this notice as Ninth Circuit Rule 3-2(b) instructs.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 3, 2020 | Respectfully submitted, |
| 3 | | |
| 4 | | */s/ Theodore H. Frank* |
| 5 | | Theodore H. Frank (SBN 196332) |
| | | HAMILTON LINCOLN LAW INSTITUTE |
| 6 | | CENTER FOR CLASS ACTION FAIRNESS |
| 7 | | 1629 K Street NW, Suite 300 |
| | | Washington, DC 20006 |
| 8 | | Voice: 703-203-3848 |
| 9 | | |
| | | *Attorney for Objector David Lowery* |

NOTICE OF APPEAL

2

## REPRESENTATION STATEMENT

The undersigned represents Objector-Appellant David Lowery and no other party. As Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b) require, Objector-Appellant submits this Representation Statement. The following list identifies the parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, fax number (where available), and e-mail, where appropriate.

Plaintiff-appellees Dean Bastilla, Ric Benitti, Matthew Berlage, David Binkley, James Blackweel, Stephanie Carter, Russell Carter, Jeffrey Colman, Bertha Davis, James Fairbanks, Wesley Hartline, Benjamin Joffe, Pat Keyes, Aaron Linsky, Lilla Marigza, Eric Myhre, John Redstone, Danielle Reyas, Karl Schulz, Jason Taylor, and Vicki Van Valin are represented by:

Elizabeth Joan Cabraser
Michael W. Sobel
Melissa Ann Gardner
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
Fax: (415) 956-1008
Email: ecabraser@lchb.com
Email: msobol@lchb.com
Email: mgardner@lchb.com

Daniel A. Small
Robert White Cobbs
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, NW
Suite 500 West Tower
Washington, DC 20005-3964
(202) 408-4600
Email: dsmall@cohenmilstein.com
Email: rcobbs@cohenmilstein.com

Jeffrey L. Kodroff
John A. Macoretta
Mary Ann Geppert
Spector Roseman & Kodroff, P.C.
2001 Market Street, Suite 3420
Philadephia, PA 19103
215-496-0300
Fax: 215-496-6611
Email: jkodroff@srkattorneys.com
jmacoretta@skrattorneys.com
mgeppert@skrattorneys.com

Defendant-appellee Google, LLC is represented by:

Brian M. Willen
Wilson Sonsini
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
650-849-3340
Email: bwillen@wsgr.com

David H. Kramer
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650/493-9300
Fax: 650-493-6811
Email: dkramer@wsgr.com

Peter Cornelius Holm
Wilson Sonsini Goodrich and Rosati
1 Market St
Spear Tower, Suite 3300
San Francisco, CA 94105
415-947-2179
Email: pholm@wsgr.com

Dated: April 3, 2020            Respectfully submitted,

*/s/ Theodore H. Frank*
Theodore H. Frank (SBN 196332)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
*Attorney for Objector David Lowery*

NOTICE OF APPEAL

4

## PROOF OF SERVICE

I hereby certify that on this day I electronically filed the foregoing Notice of Appearance using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

DATED this 3rd day of April, 2020.

/s/ *Theodore H. Frank*
Theodore H. Frank