# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: GOOGLE INC. STREET VIEW ELECTRONIC COMMUNICATIONS LITIGATION | Case No. 3:10-md-02184-CRB <br><br> (PROPOSED) ORDER GRANTING PLAINTIFF ERIC MYHRE'S MOTION TO WITHDRAW & SUBSTITUTE COUNSEL |

A motion has been filed regarding the withdrawal of Mark A. Griffin and Tana Lin, and the substitution of Juli E. Farris of the law firm of Keller Rohrback LLP, as counsel for Plaintiff Eric Myhre.

IT IS ORDERED that Mark A. Griffin and Tana Lin shall be removed as attorneys of record and Juli E. Farris shall be substituted as attorney of record for Plaintiff Eric Myhre

DATED: ___December 7___, 2020.

_____
HON. CHARLES R. BREYER
U.S. DISTRICT JUDGE